FILED: September 11, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4570
(4:15-cr-00007-MSD-LRL-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

DAVID ALLEN, JR., a/k/a David J. Allen, Jr., a/k/a Yamah Qiyamah Bey, a/k/a Kranston X

        Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Newport News |
| Originating Case Number | 4:15-cr-00007-MSD-LRL-1 |
| Date notice of appeal filed in originating court: | 09/07/2023 |
| Appellant(s) | David Allen, Jr. |
| Appellate Case Number | 23-4570 |
| Case Manager | Rickie Edwards<br>804-916-2702 |