<u>DAVID ALLEN JR TRUST</u>

FROM THE OFFICE OF THE EXECUTIVE TRUSTEE AND

MANAGING DIRECTOR
— <u>TRUST</u>  <u>DEPOSIT</u> —

TEMPORARY MAILING LOCATION & INFORMATION :

FEDERAL CORRECTIONAL INSTITUTION — HAZELTON

DAVID ALLEN, JR., # 85367-083

P.O. BOX 5000

BRUCETON MILLS, WV  26525

—without prejudice—

TO :

CLERK'S OFFICE

U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT

In Care Of: Nwamaka Anowi, Clerk of Court

1100  E. MAIN STREET, SUITE 501

RICHMOND, VIRGINIA   23219

RE : No. 23-4570  (4:15-cr-00007-MSD-LRL-1)

Peaceful Greetings,

As a matter of respect and courtesy, this Office sincerely
apologizes for any and all inconveniences and/or complications
experienced by your Office in attending to matters associated with
the communications your Office has received or may receive from...

DOC # : 05022024-7181909-DAJT                    COVER LETTER PG. 1 OF 4
        (writing cont'd on reverse)

RECEIVED

2024 MAY 28  P 2: 16

U.S. COURT OF APPEALS
FOURTH CIRCUIT

... this Office while Counsel has been appointed by the Court for the proper handling of such matters. However, this Office respectfully requests your patience with this 'break from the norm' due to the fact that the Court is aware of the conflict this Office has with said Counsel justifying this departure from the normal procedures. In addition, this Office has yet to receive any communication from the Court regarding it's decision to appoint new Counsel and withdraw the brief of said Counsel and allow litigation that supplants it that best reflects the interests of this Office whether by way of pro se litigation or newly appointed Counsel. With all things being considered, it is the judgement of this Office that the communication at hand, presented in good faith, is warranted.

It is likely that this communication will be construed as being a Pro Se Motion of sorts whereas the proper parties need to be identified as the 'Movants' in this matter. The Movants of this matter are identified as follows:

1) 'MOORALITY'S MAJESTIC TRUST' (a private trust and Secured Party of Record in relation to the matter at hand); and,

2) 'DAVID ALLEN JR TRUST' with E.I.N.: xx-xxx6456 (an Irrevocable Trust and Unincorporated Business Organization/ 'Financial Institution' authorized to represent the public and/or commercial affairs and secured interests of 'MOORALITY'S MAJESTIC TRUST' through the Office of the Executive ...

DOC #: 05022024-7181979-DAJT                    PG 2 OF 4

... Trustee and Managing Director as such relates to the person and/or property interests of [associated with] connected to the legal fiction or artificial person identified as 'DAVID ALLEN, JR.' with Social Security Number: 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; a.k.a. 'Defendant' of Case No. 4:15-cr-00007-MSD-LRL-1 ); and,

3) The United States Department of the Treasury; more specifically, the Office of the Secretary of the Treasury of the United States as the Securities Intermediary of Record as such relates to 'DAVID ALLEN, JR.' with Social Security Number: 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.

As such relates to the exhibits utilized in this matter, this Office - once again - offers sincere apologies for the very poor quality of some of the copies. However, the most important of the exhibits are of a much better quality. As well, for purposes relative to reducing the amount of paperwork being utilized, please note that both sides of the paper were utilized for all of the exhibits.

In conclusion, this Office also offers many thanks in advance for your efforts in bringing this matter to a closure. Should your Office find it necessary to forward this communication to the present Court appointed appellate Attorney in order to best assist with operating in accordance with normal practices for the speedy rectification of this matter; this Office asks that...

...said Attorney takes note of the fact that the interests represented hereby are the only matters this Office seeks to have addressed. Should said Attorney wish to add pertinent information to the foregoing in a supplemental brief of sorts that also includes the interests expressed herein; such as instructional or persuasive Fourth Circuit and/or Supreme Court precedence, such is authorized by this Office as well as encouraged.

It is the whole-hearted wish of this Office that peaceful and mutually beneficial relations be quickly established between all interested parties as soon as such is practical.

In Honor,

By: _____, TTEE.

Authorized Representative in
Private and Express Trust.

<u>CERTIFICATE OF SERVICE</u>     TB/JC
23-4570

I, the Executive Trustee and Managing Director of the 'DAVID ALLEN JR TRUST', hereby certify that on the 21st day of May, 2024 of the common era, I mailed the foregoing "GENERAL STATEMENT / EXPLANATION...", "ATTACHMENT #4122024-DAJT", as well as the associated exhibits via hand-delivery to/deposit with OFFICER KIRSCH for mailing to the Clerk's Office of the U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT located at: 1100 E. MAIN STREET, SUITE 501; RICHMOND, VIRGINIA; 23219, in care of Nwamaka Anowi, Clerk of Court.

I declare under penalty of perjury that the foregoing is true, correct, complete, and not misleading.

Executed on this 21st day of May, 2024 of the common era.

/S/ _David Allen Junior_, TTEE.
Executive Trustee; Managing Director;
Authorized Representative in Private and Express Trust.

WITNESSES in accordance with Biblical Scripture:

H. Worthy        , S. Oliver        ,

PG. 1 of 1

## General Statement / Explanation
### "Argument"

The instant federal matter before the U.S. Court of Appeals for the Fourth Circuit ultimately amounts to being the "fruit of a poisonous tree" as such is known within the confines of American Jurisprudence; which the evidence in support of said claim should prove, beyond the shadow of any doubt, in the minds of the unbiased fact-finders this matter comes before at this time. This matter also involves the culmination of personal effort, due diligence, and good faith reliance upon the principles and disciplines governing the system of American Jurisprudence that the Movant, Movant's Authorized Representative, and Appellant's Authorized Representative in Express Trust has grown to appreciate over the years and hereby seeks or wishes to pursue, protect and preserve. However, it must be borne in mind that the system of American Jurisprudence, being the product of the exceptional intellectual capabilities of man that it is, is entrusted to man that is subject to folly. Therefore, this matter also involves correcting a number of mistakes made by all interested parties that were likely unintentional, for the most part, that nevertheless led to unconstitutional activity that the government of the United States is hereby sought to address on behalf of the aggrieved in this instance as a matter of obligation and duty. Anything less can only amount to being a miscarriage of justice and an overall breach of the Public Trust by those of the government of the United States that have been granted the power and authority to carry out the wishes of those that have delegated such to them as such relates to the matter at hand.

The "poisonous tree" that the matter before the Court is said to be "the fruit of..." is a private administrative process that was exhausted between Movant's / Appellant's Authorized Representative...

... in this matter and the acting Missouri Attorney General at that time named Josh Hawley regarding the State matter providing the basis - in part - upon which is built the instant federal matter. Said private administrative process was in the nature of questioning the validity of said State matter in accordance with the legal maxim that ..."An affidavit [statement of facts] that goes unrebutted stands as truth." The reason for contacting the Missouri Attorney General with this line of communications is based on said Authorized Representatives' comprehension of the legal definition of the words 'Attorney General' which defines said Officer as the Chief Law Officer that is responsible for representing the State (or U.S. Government in federal matters) in litigation. From said definition it was logically deduced that the State of Missouri's Attorney General was the most knowledgeable Officer to have said line of communications with as a matter of clearing up any confusion or misconceptions said Authorized Representative was under the impression of regarding the respective legality governing the conviction of the Defendant in said State matter.

Said private administrative process, presented under Notary Seal and Certified Mail with Return-Receipt requested under a Restricted Delivery for the most part, was exhausted while said Authorized Representative was being held against his will and/or fully informed consent in a Federal Correctional Institution after the Defendant of the instant federal matter was convicted for crimes related to the underlying State of Missouri matter. Said private administrative process concluded with a 'DECLARATION OF PRIVATE ADMINISTRATIVE JUDGEMENT' witnessed by three living souls at that time; which was presented as such due to a refusal without ...

... justification of notarial services; and whereas the following private administrative judgment was declared in short :

"... the private administrative record reflects the following JUDGMENT:

Joshua Hawley (d/b/a MISSOURI ATTORNEY GENERAL); being the chief law officer of/for the state of Missouri and given the responsibility of advising the government of the state of Missouri on legal matters as well as representing it in litigation; by way of his failure/refusal to respond to David Allen Junior's private administrative process, has thereby silently acquiesced to and tacitly agreed upon — as an operation of the law that he is bound by while operating within his official capacity — the default confessions, stipulations and admissions as has been enumerated and set forth in 'ATTACHMENT #DCSA-01' (attachment to DOC # DAJ-07182017-01).

As a result all issues are settled res judicata, stare decisis, collateral estoppel, and as a result, judgment by estoppel.

It is also adjudged that CASE No. 16 CR02007258-01 and/or all related and/or derivative accounts be invalidated, destroyed, eliminated from the record or otherwise disposed of and settled to the complete satisfaction of all interested parties and that all liabilities formerly attributed to 'DEFENDANT' in said case are likewise disposed of......"
— Page 5 of DOC # DAJ-07182017-05

Relatively speaking, the instant federal matter constitutes a "...related and/or derivative..." account of said State matter (which is identified as "Case No. 16 CR 02007258-01) and - as such relates to the previously quoted portion of said private administrative judgment - should be "...invalidated, destroyed, eliminated from the record or otherwise disposed of and settled to the complete satisfaction of all interested parties and [likewise] that all liabilities formerly attributed to 'Defendant' [in the instant federal matter]... are likewise disposed of...". Furthermore, the Missouri Attorney General, under the heading 'LIABILITY OF RESPONDENT(S) at point #1 of 'ATT # DCSA-01' and upon the certification of said Officer's non-performance; it was stipulated as follows:

"1. Respondent(s) stipulate(s) to - having had the opportunity to respond and failed to do so - being duly empowered, as the chief law officer of/for the STATE OF MISSOURI as acting ATTORNEY GENERAL of/for the STATE OF MISSOURI - as of the date of this writing - that is given the responsibility of advising the government of/for the STATE OF MISSOURI on legal matters as well as representing it in litigation, to authorize and/or oversee and/or actively participate in the invalidation, destruction, and/or elimination of the record of CASE No. 16 CR02007258-01 and the immediate release of all liens, levies, distraint, restraint, distress, liabilities, obligations, and duties that were unlawfully placed upon the 'DEFENDANT' in CASE No. 16 CR 02007258-01 by way of a 'SELF-EXECUTING POWER OF ATTORNEY', 'CONFESSION OF JUDGMENT', 'CERTIFICATE OF SUBORDINATION', 'CERTIFICATE OF DISCHARGE', 'U.C.C.-3 TERMINATION', and/or any other necessary instruments, notices, procedures and devices to secure such release."...

At point #2 under the same heading it was further stipulated as follows:

"2. Respondent(s) stipulate(s), pursuant to the above,...

PG. 4 of 20

...acceptance of full commercial and corporeal liability by conversion for all obligations formerly attributed to legal fiction 'DAVID ALLEN, JR' regarding CASE No. 16 cr0200258-01, and in all accounts related thereto or derived therefrom; past, present, and future;...

At point #3 under the same heading it was finally stipulated as follows:

"3. All such subrogated liabilities attributed to Respondent(s), herein and herewith, upon perfection shall constitute a secured debt not subject to ~~discharging~~ discharge in bankruptcy. Respondent(s) authorize(s) the filing of a UCC-1 FINANCING STATEMENT naming Respondent(s) as DEBTOR(s) to ensure repayment of Respondents' obligations;..."

To briefly summarize the afore-mentioned; as previously stated, the private administrative process that partially included the previous quoted portions, concluded with a 'DECLARATION OF PRIVATE ADMINISTRATIVE JUDGEMENT' after the non-performance of the acting Missouri Attorney General at that time, Joshua Hawley, had been certified and witnessed by the respective Notary Public. The office of/for the Missouri Attorney General received the first of the communications on June 12, 2017 and the last of a total of 5 communications in February of 2018. Part of that which was admitted by said Office, as well, was that there were no defects regarding the way that said private administrative process was executed and exhausted. Said process ended up ultimately being - in a manner of speaking - an affidavit of sorts that went unrebutted by the chief law officer of/for the State of Missouri; which officer is given the responsibility of advising the government of the State of Missouri - in this case - on legal matters as well as representing it in litigation. Said private administrative process was in the nature of questioning/challenging the validity of the State case providing the foundation upon which the...

... instant federal matter is built. It was ultimately found that said State case was invalid. Likewise, the instant federal matter — by extention — is also invalidated. Continuing to subject Movant's/Appellant's Authorized Representative in Express Trust in this matter to invalid obligations and/or duties; as well as imprisoning him or holding him hostage for ~~allegedly~~ allegedly violating the terms and conditions of an agreement to which he is not rightfully and/or lawfully bound, such as in the case of the instant federal matter, ultimately constitutes unlawful and/or criminal activity in breach of the Public Trust and the Constitutional standards governing the respective governmental agents, officers, and/or employees having, or executing the respective governmental interests in the matter at hand whether such interests are "real" or "imagined;" or in other words, secured or unsecured.

As a matter of the aforesaid personal effort, due diligence, and good faith reliance upon the principles and disciplines governing the system of American Jurisprudence that said Authorized Representative in Express Trust has grown to respect and appreciate over the course of his learning thus far; he has come to realize that the principles governing the laws of Trusts are at the very heart of most — if not all — matters being addressed in a judicial setting; generally speaking. Such is no different regarding the matter before the Court at this time. It is a fact that a trust can be implied or expressed and that most — if not all — judicial proceedings are, or can be classified as constructive or resultant trusts that are created by the conclusion of the initial hearing of the respective proceeding. Such is the case in the instant matter.

To better illustrate the aforementioned regarding the general nature of judicial proceedings and the application of principles governing trust law in relation to such proceedings, a reading from BLACKSTONE PARALEGAL STUDIES - VOLUME VII(7): WILLS + TRUSTS is particularly advisable. In chapter 4 of said volume entitled "The ...

... Creation of Implied Trusts" it is stated that "... there's a large class of trusts called implied trusts that are created by the courts because the parties have performed certain acts or are in certain situations. While such trusts couldn't arise without some acts by the parties, it's essentially the court's decree that creates the trust....." The subject matter covered by the whole quote is of a general nature and further establishes that it is "... important to remember two facts with respect to these implied trusts. First, they're created and proved irrespective of the Statute of Frauds. It isn't necessary that there be any written evidence of an implied trust, whether it concerns land or personalty. This is because of the express exception of the Statute of Cases "where any conveyance shall be made of any lands or tenements by which a trust or confidence shall or may arise or result by the implication or construction of law." Second, the effect of the creation of an implied trust should be noticed. The person declared a trustee by the court is under a duty to convey the trust property to the beneficiary. The trustee of an implied trust has no duties, she merely holds the property for the beneficiary until she delivers it to him. The effect is the same whether the trust is resulting or constructive...." Furthermore, "... courts often use the names resulting and constructive interchangeably."

The instant matter before the Court is part of the remnants of an implied constructive/resultant trust identified as 'Case No. 16CR 0000725S-01', in the matter of 'State of Missouri v. David Allen, Jr.'; ultimately speaking. A resulting trust is based on the presumption that it could be overcome by the grantee of he or she could prove that he or she had paid consideration or that he or she was to hold for his or her own benefit, but the burden was on the grantee; and the form of the conveyance raised a presumption of a trust that the presumed trustee or said grantee had to overcome operating...

under the Statute of Uses (bargain, sale, lease, and release) as such has been explained in the first of two classes of resulting trusts amounting to a conveyance without consideration in Volume VII (7) of Blackstone Paralictic Studies previously mentioned. However, whether said State matter is of the first or the second class of resulting trusts mentioned is of no importance since in both cases — whether a conveyance was made without consideration under the first class; or an imperfect or illegal declaration of trust was made resulting in the second class of resulting trusts — the grantee or presumed trustee has the legal title to property for which said grantee or presumed trustee has said nothing. It's assumed that 'A', for example, intended that any property that the grantee or presumed trustee, 'B', held subject to no lawful direction from the trust instrument, should benefit 'A'. Out of this presumed intent of 'A', equity creates a resulting trust which 'B' has the duty of rebutting the presumption of being the trustee for; and subsequently held accountable for the maladministration of trust property when circumstances warrant such.

The 'Defendant' of the instant federal matter — as well as the State matter upon which the instant federal matter is built — that has been particularly described on the respective arrest warrant(s), has, as part of that person's particular description, a 'Social Security Number' indicating an artificial person that is being sought to be seized in connection to allegations of criminal activity. This particular artificial and/or legal person named 'David Allen Jr' with 'Social Security Number' 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 is the creative/intellectual property of the 'Social Security Administration' created for purposes of conducting certain commercial and/or corporate activities with other artificial/legal persons or entities on behalf of the natural person given the name 'David Allen Junior' by his earthly parentage that is operating as 'Movant's/Appellant's Authorized Representative in Express Irrevocable Trust regarding the matter before the Court at this time. A bond of sorts ...

PG. 8 of 10

... known commonly as the 'SOCIAL SECURITY CARD', which bears the name and number of said particular artificial and/or legal person on it's face and which ultimately constitutes a trust instrument and property of the 'SOCIAL SECURITY ADMINISTRATION' being held, subject to no lawful direction from the trust instrument, by the said Authorized Representative giving rise - based on the form of the conveyance of said property of the 'SOCIAL SECURITY ADMINISTRATION' - to a constructive and/or resulting trust whereby said Authorized Representative are presumed to be the trustee operating under the Statute of Uses upon whom is the burden of overcoming the presumption of his respective trusteeship regarding the matter at hand that the government of the United States seeks to benefit from by ultimately holding said Authorized Representative accountable for the maladministration of trust property which has been charged in the instant federal matter with criminal activity due to the nature of the trust relationship that has been established between the United States and the SOCIAL SECURITY ADMINISTRATION; and by extention the resulting/constructive trust established between the Commonwealth of Kentucky in this instance and said Authorized Representative via the issuance and registration of the respective Certificate of Live Birth providing the foundational basis upon which the entirety of the matters being addressed herein and hereby rests.

The presumption of trusteeship of Named's/Appellant's Authorized Representative in Express Irrevocable Trust as such relates, first, to the form of the conveyance of the trust instrument/intellectual and/or creative trust property identified as the respective Certificate of Live Birth issued by, and registered in, the Commonwealth of Kentucky which provides for the original resulting/constructive trust formed between the Commonwealth of Kentucky and said Authorized Representative in Express Irrevocable Trust - and, ...

...by extention, the government of the United States; and secondly, the "Social Security Administration" as has been previously dealt with, has been overcome by said Authorized Representative's acceptance of his equitable claim and/or title to said foundational resulting/constructive trust property (i.e., said 'Certificate of Live Birth) and subsequent associated activities to not only rebut the original presumption of his trusteeship as such relates to the Commonwealth of Kentucky, the United States, as well as the 'Social Security Administration; but to also prioritize and perfect his equitable entitlements and security interests associated with these matters. Grounds four and five of the 'Attachment #4122024-DAJT' along with the 'Supporting Facts' for each of the grounds and the exhibits therein mentioned provide the exhaustive evidentiary basis in support of this claim making repetition of such in this general statement unnecessary.

In conclusion, and for the sake of the speedy rectification of this matter in good faith reliance upon the Public Trust that has been placed in the overall skill, expertise, and capability of the Honorable Judges of the Court this matter comes before; grounds one, two, and three of 'Attachment #4122024-DAJT', along with the supporting facts of each one of those grounds; and the entirety of the aforementioned of this general statement, provides the complete line of reasoning—thus far—justifying the Movant's and the Movant's/Appellant's Authorized Representative in Express Irrevocable Trust, regarding this matter, contention that the instant federal matter is the undeniable fruit of a poisonous tree that said Authorized Representative is being unlawfully subjected to which has a negative impact on his ability to carry out his contractual obligations and duties in Trust on behalf of the parties he is authorized to represent in relation to secured interests that the respective State and National Governments alleging an interest in this matter have no right to supercede.

PG. 10 of 10

ATTACHMENT # 4122024-DAST

• GROUND ONE: Mistaken identity as such pertains to the Constitutional mandate regarding the particularity requirements of all arrest warrants that Movant's authorized representative was apparently assumed by law enforcement personnel to fit the particular description of.

(a) SUPPORTING FACTS:

1) ARTICLE VI - CLAUSE 2 of the Constitution for the United States of America states: "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

2) ARTICLE VI - CLAUSE 3 of the Constitution for the United States of America states: "The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States."

3) Movant, in good faith, hereby explicitly accepts the solemn ...

PAGE 1 OF 20

. . . Oath or Affirmation of all executive and judicial Officers, both of the United States and of the several States, expressing an interest in the matter at hand, to support the Constitution for the United States of America as the supreme Law of the Land as well as any and all bonds or forms of insurance relative to such Oaths / Affirmations and the respective Officers.

4) <u>AMENDMENT 4</u> to the Constitution for the United States of America states: "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

5) In / Upon execution of the respective arrest warrant by law enforcement personnel, private property, in the form of the physical human being of the authorized representative of / for the Movant in this matter, was captured / seized and subsequently detained, held captive, and imprisoned.

6) Under the heading "RACE" on said arrest warrant, the person to be seized is partially and particularly described with a capital letter 'B' which is an abbreviation for identifying one of the so-called 'BLACK' race.

• <u>GROUND TWO</u>: The authorized representative of / for the Movant . . .

PAGE 2 OF 20

. . .           in this matter is being prohibited from the free
exercise of his religious/spiritual dictates and
associated Constitutionally contracted obligations
and duties.

(a) <u>SUPPORTING FACTS</u>:

1) <u>AMENDMENT 1</u> to the Constitution for the United States of
America states: "Congress shall make no law respecting an establishment of
religion, or prohibiting the free exercise thereof, or abridging the freedom
of speech, or of the press; or of the right of the people peaceably to assemble;
and to petition the Government for a redress of grievances."

2) On June 11, 2021 of the Common Era (C.E.), the authorized
representative of/for the Movant in this matter was officially ordained
to the "DIVINE MINISTER" of the Moorish American National Government
by the Grand National Chairman of Moorish America as a National
Representative of the Office for "LAW, DEFENSE & JUSTICE" under his
Title, Spiritual Attribute, and Divine Station known to his peers as "Dr.
Mustapha Abdul Mutakabbir-El"; which has been misspelled on the
associated Divine Ministry Certification and accepted by the authorized
representative of/for the Movant in this matter as a harmless error,
after accepting via public proclamation and declaration said
authorized representative's Moorish-American Nationality subsequent
to his much earlier proclamation and declaration of said Nationality
and Membership in the "Moorish Science Temple of America" which is a...

PAGE 3 of 20

... lawfully chartered and incorporated organization - while being held prisoner at FARMINGTON CORRECTIONAL CENTER at FARMINGTON, MISSOURI in 2004 C.E. in accordance with ACTS 4, 5 and 6 of "The Divine Constitution and By-Laws" of "The Moorish Science Temple OF AMERICA". (SEE: "EXHIBIT #1 - DIVINE MINISTRY ORDINATION CERTIFICATE (BLACK & WHITE COPY OF COLORED ORIGINAL USED WITH PERMISSION) 2 PAGES)

3) The following web address is where said authorized representative's public proclamation and declaration of his Moorish-American Nationality is located:

https://youtu.be/sQpf8Z1jhEg?si=RAbh5_rD9hoQ9DHF

4) 'ACT 4' of 'The Divine Constitution and By-Laws' of 'The Moorish Science Temple OF AMERICA' states: "All members must preserve these Holy and Divine laws, and all members must obey the laws of the government, because by being a Moorish American, you are a part and partial of the government and must live the life accordingly."

5) The authorized representative of/for the Movant in this matter is one of the human race.

6) The Holy Koran of the Moorish Science Temple of America, which is the equivalent of the Holy Bible to the Christian faith, states the following at Chapter XLVII (47), verse 9: (in pertinent part)

"According to all true and divine records of the human race there is no negro, black, or colored race attached to the human family...", and, verse 10: ......

... "What your ancient forefathers were, you are today without doubt or contradiction."; and,

verse 11:

"There is no one who is able to change man from the descendant nature of his forefathers; unless his power extends beyond the great universal Creator Allah Himself."; and,

verse 12:

"These holy and divine laws are from the Prophet, Noble Drew Ali, the founder of the uniting of the Moorish Science Temple of America."; and,

verse 13: (IN PERTINENT PART)

"These laws are to be strictly preserved by the members of all the Temples, of the Moorish Science Temple of America....".

7) 'Act 6' of both 'The Divine Constitution and By-Laws' of the Moorish Science Temple of America as well as 'The Divine Constitution and By-Laws of Moorish America (a newly and duly Constituted Nation of People) states in pertinent part:

"...Know that they are not Negroes, Colored Folks, Black People or Ethiopians, because these names were given to slaves by slaveholders in 1779 and lasted until 1865 during the time of slavery...".

• GROUND THREE: Upon execution of said arrest warrant said authorized representative was subjected to slavery...

PAGE 5 OF 20

. . .　　　by being presumed/assumed by law enforcement
personnel to fit the particular description of the
person to be seized prior to being duly convicted
of the alleged criminal activity as such
pertains to AMENDMENT 13 to the Constitution
for the United States of America.

(a) SUPPORTING FACTS:

1) AMENDMENT 13 to the Constitution for the United States
of America states: "Neither slavery nor involuntary servitude, except
as punishment for crime whereof the party has been duly convicted,
shall exist within the United States or any place subject to its
jurisdiction."

2) The person to be seized pursuant to said arrest warrant
issued by the Commonwealth of Virginia — one of the several States of the
Union with the United States that is not authorized to supercede the
supremacy of the Constitution for the United States of America which
said arrest warrant violates — by law enforcement personnel as has been
previously and particularly described, was not duly convicted of any
alleged crime prior to being partially and particularly described as a
synonym for 'slave' as such has been previously noted regarding the
religious, spiritual, and/or Constitutional dictates of those
Constituting the Moorish American Nation of People.

3) Said authorized representative was subsequently . . .

PAGE 6 of 20

. . . presumed/assumed to fit the particular description of the person so identified on said arrest warrant in a United States District Court/Administrative Tribunal by the respective United States Attorneys, Defense Counsels, as well as certain state and federal governmental personnel upon being questioned while on the witness stand, as well as the respective judges/administrators presiding over the multiple proceedings of the instant matter and ordered to be taken into custody thereby and ultimately amounting to a physical assault, kidnapping, and unlawful detainment of said authorized Representative by the respective law enforcement personnel.

• GROUND FOUR: Ineffective assistance of counsel.

   (e) SUPPORTING FACTS:
      1) Counsel for the Defendant; namely, Mrs. Kirsten R. Kmet of the Federal Public Defender's Office, failed to adequately defend the legal significance of documents presented as government exhibits that were/are explicitly signed under threat, duress, coercion, force, fraud, trickery, deceit, and/or without prejudice or similar expressed qualifications. Proof of the inadequacy of said Counsel's representation along these lines can be deduced from the fact that said Counsel only asked certain of the government's witnesses if they realized that said documents were signed in the fashion previously stated without further pursuit of ascertaining the legal significance of such qualifications . . .

PAGE 7 OF 20

. . . relative to the government's reliance on such documentation as partial proof of that which gives rise to the government's allegations regarding supposed criminal activity or violations of the terms and conditions of supervised release relative to the matter at hand.

    2) Due to said Counsel's refusal to introduce what the authorized representative of the Movant in this matter considered to be 'exonerating evidence' into the record of the Court below at his request; which mainly consists of proof of the exhaustion of a private administrative process that had taken place with the then acting Attorney General of Missouri during a prior period of related federal imprisonment whereas the communications were based on the underlying State of Missouri case providing the basis for the instant federal matter that ultimately ended with the certification of said Attorney General's silent acquiescence and tacit agreement that said case is based on/in unconstitutionality and is therefor void of lawful and/or legal enforceability and ultimately rendering the instant federal matter the 'fruit of a poisonous tree', said authorized representative of the Movant in this matter is being unlawfully confined / detained / imprisoned / held hostage or captive against his will. ( SEE: EXHIBIT #2 - NOTICE OF ~~FROM~~ ATTEMPT AT HONORABLE SETTLEMENT AND CLOSURE OF CERTAIN ACCOUNTS ( 26 PAGES); EXHIBIT #3 - NOTICE OF FINAL ADMINISTRATIVE OPPORTUNITY AND TEN DAY OFFER OF IMMUNITY (8 PAGES); EXHIBIT #4 - DECLARATION OF PRIVATE ADMINISTRATIVE JUDGEMENT ( 6 PAGES) for partial proof )

3) Said Counsel expressly admitted a lack of the necessary knowledge and ability to adequately defend the equitable/beneficial property interests and entitlements so secured by the Movant in this matter being expressed through Movant's authorized representation in Trust, in the matter at hand.

• GROUND FIVE: The United States Government lacks standing to pursue its claims against, and duly convict, the Defendant of the instant federal matter as such pertains to due process of law insofar as AMENDMENTS 13 and 14 to the Constitution for the United States of America are implicated.

(a) SUPPORTING FACTS:

1) All of the respective exhibits presented by the US Attorney in the instant case presumably presented as part of the evidentiary basis giving rise to the presumption of the lawfulness and legitimacy of said US Attorney's allegations and/or accusations, were explicitly signed - as previously stated - under certain express qualifications indicating and/or implying that there was no "meeting of the minds" and therefore no lawfully enforceable contractual obligations and duties on the part of the Defendant or the authorized representative of/for the Movant in the instant case who signed the originals of the said exhibits.

PAGE 9 of 20

2) The United States as 'Plaintiff' or 'Accuser/Complainant' in this instance is legally/statutorily defined—as such relates to judicial matters such as the matter at hand—at Title 28 U.S.C. § 3002(15)(A) as a "Federal Corporation".

3) All corporations are 'artificial persons' as opposed to 'natural persons' for all legal/judicial intents and purposes.

4) Artificial persons are completely imaginary, lacking sentience, and are intangible in nature as opposed to natural persons possessing sentience that are not imaginary and whom are tangible in nature.

5) Artificial persons cannot speak nor act for themselves in any case whatsoever; nor can they be injured or harmed and complain of such due to their artificial and imaginary nature in a judicial setting expecting to avail itself of the Constitutionally secured right to "face" one's "accuser" should said artificial persons find themselves being accused of criminal activity. Artificial persons cannot accuse or be accused without representation that does not have "first-hand knowledge" of the facts supporting the allegations because artificial persons do not exist outside of the mind or mental faculty of homo sapiens

i.) The authorized representative of/for the Movant in this matter is a 'natural person' being held to account for criminal activity alleged by the representation of an 'artificial person' that is a federal corporation with which said authorized representative has no binding contract as a member of its organization and/or a citizen of its society and therefore subject to its authority and jurisdiction;...

PAGE 10 OF 20

. . . territorial, geographical, personal and/or otherwise.

6) The accused and/or Defendant in the instant case, as part of that which particularly describes the person identified on the relevant arrest warrant, has a "Social Security Number" issued by/from the "Social Security Administration" which is another artificial person that is also completely imaginary in nature and can only produce things which are likewise completely imaginary and artificial in nature. Therefore, said accused and/or Defendant of the matter at hand as so particularly described cannot possibly be the "natural person" the authorized representative of/for the Movant in this matter is identified as being. In short, said accused and/or Defendant of this matter is an artificial person owing the entirety of its legal existence to the "Social Security Administration".

7) The authorized representative of/for the Movant in this matter is a "natural person" as has been previously defined. The natural person has no such thing called a "Social Security Number" as a part of one's natural make-up from the beginning to the end of one's particular life span. Therefore, said authorized representative of/for the Movant in this matter - a "natural person" - is not one and the same as the accused and/or Defendant being charged with criminal activity in this matter and which has been so particularly described on the relative arrest warrants ... an "artificial person".

8) With both the Plaintiff and the Defendant and/or the Accuser and Accused in this matter being artificial persons and...

... therefore completely fictitious and imaginary in nature; it is obvious, with serious contemplation and consideration of relevant information, that the instant matter is commercial in nature and ultimately stems from the implied constructive/resulting trust created by the issuance and registration of the respective Certificate of Live Birth and the subsequent creation of the implied constructive/resulting trust known as the associated 'Social Security' account and respective number.

9) In recognition of the authorized representative's proper role as such pertains to the said trust relationships previously mentioned at 'Supporting Fact' #8 above; as well as the rights, responsibilities, and remedies associated therewith insofar as said authorized representative has been informed of thus far through personal effort and due diligence; said authorized representative has accepted his respective equitable and/or beneficial property interests and associated entitlements as such relates to the artificial person identified as the accused and/or Defendant of the matter at hand. Specifically, said property interests have been secured and transferred into private trust (SEE: 'Registered Mail' Number - RE 348 404 047 US); the priority of the security interest of the Secured Party of Record—which the authorized representative offer the Movant in this matter is authorized to represent through the DAVID ALLEN JR TRUST (E.I.N.: xx-xxx4456) by way of the Office of Executive Trustee—has been perfected by the proper filing of the respective 'Uniform Commercial Code (UCC) Financing Statement' (SEE: 'Exhibit #5' - UCC Financing ...

PAGE 12 OF 20

... STATEMENT - FILING NUMBER: 20210930080585; FILING DATE AND TIME: 9/30/2021 @ 8:07:05 AM ); and legal title to said property interests has been assigned to the US Department of the Treasury and placed in the care of the Office of the Secretary of the Treasury of the United States as the Securities Intermediary of Record as the proper party to address for the full settlement and closure of commercial accounts and/or accountings - such as the matter at hand - to the complete and total satisfaction of all interested parties ( SEE: 'EXHIBIT #6' - UCC FINANCING STATEMENT AMENDMENT - FILING NUMBER: 20211001080755; FILING DATE AND TIME: 10/1/2021 @ 12:33:52 AM; ALSO SEE: 'EXHIBIT #6.1' - NOTARY'S CERTIFICATE OF SERVICES; 'EXHIBIT #6.2' - NOTARY'S CERTIFICATE OF SERVICES - SECOND NOTICE, OPPORTUNITY TO CURE.; 'EXHIBIT #6.3' - NOTARY'S CERTIFICATE OF SERVICES - 3rd and FINAL NOTICE, NOTICE OF DEFAULT.; 'EXHIBIT #6.4' - CERTIFICATION OF TRUST (PAGES 1 and 2 of a total of 4 PAGES); 'EXHIBIT #6.5' - STATEMENT OF THE BENEFACTOR; and 'EXHIBIT #6.6' - NOTARY'S CERTIFICATE OF SERVICES # DAJ-07181997-02-NCS and the first page of 11 of TRUST DOCUMENT / INSTRUMENT NUMBER: 18767181979-04 sent as 'REGISTERED MAIL' NUMBER: RE 198 893 869 US )

        10) While being unlawfully detained and/or wrongfully imprisoned at Oklahoma awaiting extradition to Virginia regarding the instant matter; Mrs. (Ms.) Amy Andrews, employed as "Records Custodian" for the United States Marshal Service was contacted through authorized representation on three occasions by email whereas part ...

PAGE 13 OF 20

. . . of the communications consisted of scans of the evidentiary basis partly consisting of the documentation providing the proof of claim of the previous point of fact insofar as said claim relates to being unlawfully detained and/or wrongfully imprisoned since the Defendant was assigned to the custody of said Marshal Service by Chief Judge Mark S. Davis at the respective time. (SEE: EXHIBIT[S] # 7, 8 and 9 - COPIES OF THE EMAILS SENT TO MRS. (MS.) AMY ANDREWS)

11) The respective US Attorney's Office also received said documentation mentioned in the previous point of fact by way of email prior to Movant's authorized representative in this matter being forced to make a 'special visitation' to the respective United States District Courts / Administrative Tribunals. Said email communication is indicative of a good/faith effort on the part of said authorized representative to make an attempt at a speedy and informal resolution of the matter without the need to adjudicate the matter in a judicial setting; or in the alternative, have said communications be seriously considered by the US Attorney in the prosecution of the Defendant since such amounts to exculpatory evidence that ultimately exonerates Movant's authorized representative, as well as the Defendant, of all accusations and/or allegations of criminal activity regarding the matter at hand and absolves them of any and all obligations and/or duties associated with this matter. However, the US Attorney failed to acknowledge and introduce the communications as evidence into the record of the Court / Administrative Tribunal and causing a miscarriage of justice.

PAGE 14 OF 20

12) Movant's authorized representative, during the allocution phase of the respective proceeding, orated that he, in fact, was not to be construed as the Defendant in the matter. Said authorized representative, in a manner of speaking and in principle, orated that he was there in a competent representative capacity authorized to act on behalf of the paramount equitable entitlement and priority-perfected security interest holder in due course of the property securing the instant federal matter.

13) The United States Attorney's Office representing the Government of the United States in this matter cannot produce the proof of a registered security interest in the property so securing the instant federal matter superceding the priority-perfected security interest in said property represented by Movant's authorized Representative in Trust regarding this matter.

14) The United States Supreme Court, in the 1857 landmark Dred Scot decision, clearly and unequivocally established that the Founding Fathers of the United States did not intend to include those they considered to be Slaves, negroes, or colored/black people – such as Movant's authorized representative in this matter has been mistakenly assumed/presumed to fit the particular description of by the respective government officials in part – as being a part of the People of the United States securing the blessings of liberty for themselves and their posterity as such has been enshrined by the Preamble of/to the Constitution for the United States of America.

PAGE 15 OF 20

15) The United States, as a Nation, has its origins in the original 13 colonies of 'Caucasians' of European descent who are not indigenous or native to the continent commonly identified as America. They have been described in the past as those of the pale skinned nations of Europe.

16) The original definition of the word 'American' is defined in the 1828 version of Noah Webster's Dictionary as:

"One of the copper-colored races found here by the Europeans."

17) Movant's authorized representative in this matter is a direct descendant of those described in the original definition of 'American'- and by extention in genetic origins- a direct descendant of those that are indigenous to the planet Earth.

18) Movant's authorized representative, for all legal intents and purposes, is a "Moorish American" and is a Citizen of the Nation identified as "Moorish America" that is mostly guided by 'THE DIVINE INSTRUCTIONS FROM THE HOLY PROPHET' as such are enshrined and memorialized in 'The Holy Koran of THE Moorish Science Temple Of America' as well as 'The Holy Koran of Moorish America' wherein he is instructed of the following at 'CHAPTER XLVIII [48]; Verse 6': (The Holy Koran of THE Moorish Science Temple Of America)

"We, as a clean and pure nation descended from the inhabitants of Africa, do not desire to amalgamate or marry into the families of the pale skin nations of Europe. Neither serve the gods of their religion, because our forefathers are the true and divine founders of the first religious creed, for the redemption and salvation ...

PAGE 16 of 20

". . . of mankind on earth."

19) Based on the previous point of fact as well as the fact established at #15 above; the United States Citizenry and the Moorish American Citizenry are two distinct and separate Nations of People whereas the Moorish American Nation of People is not to seek to "amalgamate" with ". . . the pale skin nations of Europe." that, in this case, are identified in modern times as the several States of the Union with the United States as well as the Government of the United States.

20) Movant's authorized representative in this matter is a 'natural person' that was born in the state of 'natural liberty', as such has been defined in 'Black's Law Dictionary', and was not born in the United States or any place subject to its jurisdiction; nor any of the several States of the Union nor the United States Government, all of which are 'artificial persons' to which said authorized representative owes no duty, obligation, or allegiance outside of the Trust relations that have been recently established; the evidence of, which has been presented as part of this matter.

21) Between the newly and duly constituted Nation of Moorish America and the Government thereof as well as the Government of the United States of America there have yet to be any Treaties and/or International Covenants or Compacts negotiated; consequently leaving no legal basis upon which a claim can be substantiated by the Government of the United States in this matter with all things being considered.

• RELIEF SOUGHT:

1) As it is part of Movant's authorized representative's claim that he has been, and is presently being, unlawfully detained and/or wrongfully imprisoned or confined; Movant wishes to have the Court order said authorized representative's being set at liberty immediately; who is being held against his will under the artificial person identified as 'DAVID ALLEN, JR' with 'REGISTER NUMBER: 85367-083', along with the following injunctive relief:

(a) Order no requirement for any type of bond to be posted by the Secured Party of Record in this matter; being represented by Movant and Movant's authorized representative, other than the 'appearance bond / agreement' of sorts issued herein and hereby promising the surrender of said Defendant (i.e., the artificial person identified on the 'SOCIAL SECURITY CARD' as: "DAVID ALLEN, JR" with 'SOCIAL SECURITY NUMBER: 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') to the appropriate law enforcement personnel should said Defendant be required to serve out the remainder of the sentence imposed by the trial court by the conclusion of the respective proceedings; at which time said Defendant will become available for arrest within 24 hours of notifying the Office for the Executive Trustee of/for the 'DAVID ALLEN JR TRUST' via e-mail to: DivineByDesign@Duck.com.

(b) Order the appropriate injunctions against federal law enforcement of any and all obligations and duties on the part of either the so-named Defendant / Accused or the Movant and...

PAGE 18 OF 20

...Movant's authorized representative [who was given the name 'David Allen Junior' upon his being born — and who is still affectionately known as such by those closest to him — but, in living in accordance with his Constitutionally secured and protected rights and liberties as such pertain to freedom of conscience and religious/spiritual matters, is to be known or called upon by the world-at-large by his spiritual attribute and Divine Station identified as: 'Dr. MUSTAFA ABDUL MUTAKABBIR-EL' (TO BE WRITTEN IN 'PROPER CASE' WHEN FORMALLY ADDRESSING, OR BEING, FORMALLY ADDRESSED)] associated with, deriving from, or connected to the matter at hand during the course of the Court's proceedings regarding this matter; and,

2) Invalidate, dismiss with prejudice, vacate, and/or destroy the record of the matter at hand; and,

3) Declare, based on the evidence presented of Movant's authorized representative's exhaustion of said private administrative process, presented under his soul given name, with the then Missouri Attorney General Josh Hawley, said process to be admissable as evidence in the instant matter and enforceable from a prima facie perspective insofar as that which has been granted to the Federal Government to enforce is concerned unless deeper investigation reveals otherwise; and,

4) Order the record of the instant matter be sealed, at the least, if such cannot be destroyed for the following reasons:

(a) The safety, security, and privacy of Movant's authorized representation in this matter is at risk of being negatively impacted by public exposure; and,

(b) Private trust property has been utilized as evidence substantiating certain claims regarding this matter; and most importantly,

(c) This matter contains elements that raise reasonable and justifiable concerns for governmental interests regarding public order and National Security should certain of the said elements be made easily and publically accessible to those with a high level of disregard for law and order or those with questionable character traits or uncontrollable impulses as such relate to self-governance without justifiable governmental interference and general public safety.

EXHIBIT #1

# Moorish American National Government

## The Divine Ministry

Accepted By: Minister Nail Muttakabir-El
Formerly Known As: David Allen Jones



SET FOR THE DEFENSE OF THE GOSPEL

**ALLAH**
**THE GREAT GOD OF LOVE**

The Grand National Seal

This Is To Certify, That After Satisfactory Relation Of Infinite Experience, A Call To The National Ministry Of The

### Moorish American National Government

Name: DR. MUSTAFA Abdul Muttakabir-EL,

Is Hereby Officially Ordained To:

## THE DIVINE MINISTRY

By The Grand National Chairman of Moorish America

On the 11TH Day, of (MONTH) JUNE ___, In the YEAR 20 2021

National Representative of The Office: LAW, DEFENSE & JUSTICE

The Aforementioned Official, Now Ordained To The Divine Ministry, Is Empowered To Teach The High Principles Of Love, Truth, Peace, Freedom And Justice. Teach All Men And Nations Of The Earth To Obey The Laws And National Constitution Of The Said Government. He Or She Is Authorized To Be An Ambassador To Their Especial Cabinet And To Seek National Friendship, Global Alliances, And Treaties Of Harmony To The Benefit Of Humanity. All Ministers Representing Moorish America Must Confirm Themselves To Holy Books And Laws Of Salvation And To Heal The Bodies, Souls And Hearts Of Men That They May Learn To Love Instead Of Hate. The Moorish Americans Are Descendents Of The Ancient Moabites Whom Later Inhabited The Northwestern And Southwestern Shores Of America. They Are The Mothers And Fathers Of The Human Family Of Nations, Whose Forefathers Were The Torchbearers Of Civilization, Indigenous Scientists Of The Arts And Rulers Of The universe Seen And unseen. From This Office, Said Minister Have Completed Theology Of The World Through The Ancient Kemetic Four Great Sacred Schools Of Thought And Honors All True And Divine Prophets From Adam, Yehoshua (Jesus), Mohammed, Buddah, And Confucious Through noble Drew Ali.

Said Divine Minister Have Infinite Jurisdiction To Teach Upon The Hedges And Highways; From All Halls Of Learning To The Dismal Crypts In Honor Of Uplifting Fallen humanity. These Governmental Authorizations With Supporting Moorish National Identification Are To Be Presented Upon Demand Whenever Certifications Are Required. The Moorish National Government Reserves The Sovereign Unalienable Right, With Just Reason, To Suspend, Revoke Or Take Away The Official Status Of This Officer While Leaving Intact The Divinity Of Their Ministry

DR. Al Gnaten Kent M thru Tutankahemun EL
In Testimony Whereof I Have Hereunto Autographed My Name

Grand National Chairman

And Affixed The Grand National Seal And The Grand National Emblem Of The Moorish American Government

SEAL    Swift Angel #217    SEAL

ISLAM

Noble Drew Ali

ASIA

Fig. No. 1

(Cont'd on reverse)

ALL SOVERIEGN RIGHTS RESERVED



**EXHIBIT #2**

Note: For reduction of paper purposes, printing is on both sides of the paper and is of poor quality. Showing 5 sheets of the original (present). The first generation (copy) is of poor quality.

(REDUCED)

(REVERSE)

CERTIFIED TRUE COPY
[handwritten stamp, partially legible]
OF THE ORIGINAL INSTRUMENTS

---

## United States Postal Service — CERTIFIED MAIL RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Allen LA — Postmark Here

Sent To  MO Att. Gen. Josh Hawley
Street and Apt. No., or PO Box No.  207 W HIGH ST
City, State, ZIP+4®  Jefferson City, MO 65102

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

☐ Complete items 1, 2, and 3.
☐ Print your name and address on the reverse so that we can return the card to you.
☐ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MO Att. Gen. Josh Hawley
207 W HIGH ST
Jefferson CITY, MO 65102

9590 9402 2448 6249 5473 11

2. Article Number (Transfer from service label)
7016 2070 0000 5523 5481

PS Form 3811, July 2015 PSN 7530-02-000-9053

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

1 JUN 12 2017

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

### Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

Important Reminders:
- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is not available for International mail.
- Insurance coverage is not available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, Domestic Return Receipt; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

IMPORTANT: Save this receipt for your records.

PS Form 3800, April 2015 (Reverse) PSN 7530-02-000-9047

---

USPS TRACKING #

9590 9402 2448 6249 5473 11

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*

DAVID ALLEN #85357-083
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509        LA 17U

FRWD

David Allen, Junior (+)
FCI BUTNER MEDIUM 2 (Reg No 35347-033)
FEDERAL CORRECTIONAL INSTITUTION
P O BOX 1500
BUTNER NC 27509

DATE: June 6, 2017

CERTIFIED MAIL NO 7016 2070 0000 5525 5481

NOTICE OF ATTEMPT AT HONORABLE SETTLEMENT
AND CLOSURE OF CERTAIN ACCOUNT

TO: [illegible]

Respondent: Josh Hawley d/b/a Attorney General of Missouri

controvert

COMMERCIAL AFFIRMATION AND VERIFICATION

Jessica L. Glancy

JESSICA L GLANCY
NOTARY PUBLIC, NORTH CAROLINA
WAKE COUNTY
MY COMMISSION EXPIRES

## STATEMENT OF FACTS

1. The State is _____ to be a _____ an _____ a _____
of the _____

2. _____

3. _____

[illegible] Case No. [illegible] [illegible] [See: Bond v. United States, [illegible] Supreme Court held that the People [illegible] the States [illegible] Government. The Court [illegible] ]

[illegible]

this is a reply, will not compel Defendant against will and against of all
false plea, or perjury. The said affiant knows, swears, and states
more.

COMMERCIAL AFFIDAVIT OATH/AFFIRMATION AND VERIFICATION

State: North Carolina

County: Durham

JESSICA L GLANCY
NOTARY PUBLIC, NORTH CAROLINA
WAKE COUNTY
MY COMMISSION EXPIRES

6th    June

June 6, 2021

3/10/21

## ALTERNATIVE REMEDY

However, as a matter of supporting the [illegible] of Affiant's attempt to resolve this matter not only honorably but also peacefully, the following proposal is an alternative for bringing this matter to a close:

LET IT NOW BE KNOWN BY ALL TO WHOM THESE PRESENTS SHALL OR MUST COME that Affiant [illegible], a private [illegible] [illegible]

[illegible]

State: North Carolina

County: Durham

ACKNOWLEDGMENT

Subscribed and sworn to before me this 6th day of June 2022.

June 6, 2022

My commission expires: 3/28/21

JESSICA L GLANCY
NOTARY PUBLIC, NORTH CAROLINA
WAKE COUNTY
MY COMMISSION EXPIRES

[illegible]

3. [illegible]

[illegible]

4. [illegible]

[illegible] of Natural Liberty that is to be found in Black's Law Dictionary [illegible] Eighth Edition [illegible] page 932; and Claimant is [illegible] State of [illegible] [illegible] and for [illegible] State of Missouri and for the United States.

5. Claimant is foreign to the State of Missouri and [illegible] the United States; [illegible] the State of Missouri [illegible] the United [illegible] States; [illegible] to the State of Missouri and [illegible] the United States [illegible] for Claimant to be within the State of Missouri and [illegible]

Exhibit # 3

1-1-2020

David Allen Junior

FCI BUTNER MEDIUM 2 (REG. NO. 85367-083)

FEDERAL CORRECTIONAL INSTITUTION

P.O. BOX 1500

BUTNER, NC 27509

CERTIFIED TRUE COPY
Certification 1a Haye to s Octobre 1961
David Allen Junior   9-20-2017
OF THE ORIGINAL INSTRUMENT

NOTE: Date was written on the original copy after this true copy was made.

DATE:

CERTIFIED MAIL # 7016 2070 0000 5523 7218

DECLARANT: David Allen Junior

RESPONDENT: Joshua Hawley d/b/a Missouri Attorney General
(OR PRESENT OFFICE HOLDER)
SUPREME COURT BLDG
MISSOURI ATTORNEY GENERAL'S OFFICE
207 W. HIGH ST.
JEFFERSON CITY, MO 65102

RE: DOCUMENTS # DAJ-07182017-01 (DATED JUNE 6, 2017), DAJ-07182017-
02 (DATED JULY 14, 2017), AND DAJ-07182017-03 (DATED AUGUST 15, 2017)

NOTICE OF FINAL ADMINISTRATIVE OPPORTUNITY AND TEN DAY
OFFER OF IMMUNITY

("COMMERCIAL AFFIRMATION AND VERIFICATION" ON REVERSE SIDE OF)
THIS PAGE

DOC # DAJ-07182017-04

1 OF 6

*Commercial Affirmation and Verification*

Durham County )

) *Commercial Affirmation & Verified Declaration*

State of North Carolina )

Declarant, David Allen Junior, under his Commercial Affirmation with unlimited liability, proceeding in good faith, being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Declarant's private first-hand knowledge and belief under penalty of INTERNATIONAL COMMERCIAL LAW. Declarant will also sign in the capacity of "AUTHORIZED AGENT" on behalf of the legal person identified as 'DAVID ALLEN, JR' with REGISTER NUMBER '85367-083'.

_____

David Allen Junior, Authorized Agent

ALL RIGHT RESERVED

State of North Carolina )

) AFFIRMED

Durham County )

Affirmed before me, Roger Gregory _____ a Notary Public in and for Wake County, State of North Carolina, this 20th day of September, 2017. WITNESS my hand and official seal.

_____
Notary Public

Date  9/20/17

My commission expires: 2/27/21

ROGER GREGORY
NOTARY PUBLIC, NORTH CAROLINA
DURHAM COUNTY
MY COMMISSION EXPIRES
2/27/21

DEC # DAJ-07182017-04

pg. 2 of 6

## STATEMENT OF FACTS

1. On June 12, 2017, AD Respondent Joshua Hawley (d/b/a Missouri Attorney General) received the mailed "NOTICE OF ATTEMPT AT HONORABLE SETTLEMENT AND CLOSURE OF CERTAIN ACCOUNTS" (DOC# DAJ-07182017-01) bearing CERTIFIED MAIL # 7016 2070 0000 5523 5481; and

2. Declarant granted the Respondent 30 (thirty) days to respond, or in the alternative, admit all claims and statements of fact verified therein; and

3. Declarant received no response from the Respondent in the manner provided for service of process in Doc # DAJ-07182017-01; and

4. On July 24, 2017, AD Respondent received the mailed "NOTICE OF FAULT-OPPORTUNITY TO CURE" (DOC.# DAJ-07182017-02) bearing CERTIFIED MAIL # 7016 2070 0000 5523 6297 and was therein granted 10 (ten) additional days to cure the condition of fault; and

5. Declarant received no response from the Respondent in the manner provided for service of process in DOC# DAJ-07182017-01 to cure the condition of fault; and

6. On August 22, 2017, AD Respondent received the mailed "NOTICE OF DEFAULT-OPPORTUNITY TO CURE" (DOC # DAJ-07182017-03) bearing CERTIFIED MAIL # 7016 2070 0000 5523 6846 and was therein granted 10 (ten) additional days to cure the condition of default; and

7. Declarant received no response from the Respondent in the manner provided for service of process in DOC# DAJ-07182017-01 to cure the condition of default; and

8. The WITNESS Notary/Acceptor acknowledges and testifies a non-response to Declarant's communications mentioned above in Statements # 1, 4 and 6; and

9. As an operation of law, the Respondent has admitted to the statements of fact and claims verified within Declarant's "NOTICE OF ATTEMPT AT HONORABLE SETTLEMENT AND CLOSURE OF CERTAIN ACCOUNTS" (DOC # DAJ-07182017-01) bearing CERTIFIED MAIL # 7016 2070 0000 5523 5481 and has

also agreed to perform as stipulated within the same; giving the
Respondent a duty to make the appropriate changes agreed upon as well as
the duty of enforcing the appropriate changes upon certification of non-
performance should such be recorded in the event that Respondent did not
cure said condition of default.

ADMITTED CLAIMS AND STATEMENTS OF THE FACTS

The Administrative Record for Declarant's "NOTICE OF ATTEMPT AT
HONORABLE SETTLEMENT AND CLOSURE OF CERTAIN ACCOUNTS" (DOC # DAJ-
07182017-01), as identified in Statement #1 above, shows that all of the
claims made and statements of fact that were presented have been agreed
to (Admitted/Acknowledged) by tacit procuration and silent acquiescence
by Respondent's failure/refusal or choice not to respond.

TEN DAY OFFER OF IMMUNITY

Respondent is hereby given ten (10) days, exclusive of the day of receipt
of this "NOTICE OF FINAL ADMINISTRATIVE OPPORTUNITY AND TEN DAY
OFFER OF IMMUNITY" (DOC # DAJ-07182017-04) and "NOTARIAL CERTIFICATE
OF NON-PERFORMANCE" (DOC # DAJ-07182017-04-A) specified on
UNITED STATES POSTAL SERVICE FORM No. 3811, to serve a response in the
manner provided for service of process in DOC # DAJ-07182017-01
concerning the 'ALTERNATIVE REMEDY' that was offered (refer to pgs.
13 through 16 of DOC # DAJ-07182017-01) or forward proof of
CASE No. 16 CR 02002258-01 being disposed of in accordance with
'ATTACHMENT # DCSA-01' to DOC # DAJ-07182017-01.

Failure to do so would comprise Respondent's DEFAULT on Declarant's

DOC # DAJ-07182017-04                                    pg. 4 of 6

'ALTERNATIVE REMEDY', confession to committing a theft within the special maritime jurisdiction, enticement to slavery, perjury of oath, insurrection, assault on a foreign official, piracy and kidnapping, consent to the filing of misprision of felony reports and criminal complaints thereon, honor subpoenas thereon, and seizure of the stolen funds by the U.S. Department of the Treasury, and Respondent's stipulation that the Declarant has exhausted his administrative remedy without defect, the time having elapsed for performance thereof, which was refused.

Should Respondent fail to perform as has been agreed upon in a timely manner then the Respondent is reminded that Respondent may not argue, controvert, or otherwise protest the administrative findings entered thereby in any subsequent administrative or judicial proceedings.

Manner of service has been previously provided for Respondent.

Further Declarant sayeth not.

[NOTE: 'ACKNOWLEDGMENT' AND 'CERTIFICATE OF SERVICE' ON REVERSE OF THIS PAGE]

DOC # DAJ-07182017-04                              pg. 5 of 6

_ACKNOWLEDGEMENT_

State of North Carolina )
                       ) Sworn / Affirmed and Subscribed
County of Durham       )       for verification purposes only

SUBSCRIBED AND SWORN TO / AFFIRMED before me by David Allen Junior,
known or proven to me to be the real man signing this document on
this 20 day of September, 2017, AD.
WITNESS my hand and official seal.

_(signature)_                    September 20, 2017
Notary Public                    Date
                                 My commission expires: 2/27/21          , 20__

_CERTIFICATE OF SERVICE_

On this 21 day of September, 2017, AD, I, David Allen Junior, certify
that I personally mailed the enclosed _NOTICE OF FINAL ADMINISTRATIVE_
_OPPORTUNITY AND TEN DAY OFFER OF IMMUNITY_ (Doc # DAJ-07182017-04)
consisting of six (6) pages [ 4 leaves of paper with writing on both sides of 2
leaves of said paper ] and attached _NOTARIAL CERTIFICATE OF NON-PERFORMANCE_
(Doc # DAJ-07182017-04-A) consisting of two (2) pages [ 2 leaves of paper ] for a total
of six (6) leaves of paper; by way of CERTIFIED MAIL / RETURN RECEIPT REQUEST
(CM# 7016 2070 0000 5523 7218 ; RR# 9590 9402 2448 0249 5459 93) to Joshua Hawley
d/b/a Missouri Attorney General (or current office holder) at the following address:
Supreme Court Bldg.; Missouri Attorney General's Office; 207 W. High St.; Jefferson
City, MO. 65102.

All Rights and Liberties Reserved.

                              _(signature)_                1-1-2000
                              David Allen Junior

## CERTIFICATE OF NON-PERFORMANCE

State of North Carolina   )
                      )
County of Durham       )

PRESENTMENT: Be it known, that, on June 12, 2017 Joshua Hawley d/b/a MISSOURI ATTORNEY GENERAL was duly presented a written communication by way of CERTIFIED MAIL # 7016 2070 0000 5523 5481; RETURN RECEIPT (RESTRICTED DELIVERY) # 9590 9402 2448 6249 5473 11 signed by David Allen Junior requesting honorable settlement and closure of certain accounts (namely Case No. 16CR0007258-01), the time limit having elapsed for acceptance thereof and providing clarification of full settlement and closure and/or complete satisfaction which was refused.

PROTEST: Whereupon, the signature (not ink) of David Allen Junior signing below, witnessed by Roger Gregory, a duly empowered Notary Public, in good standing, in and for the county of Durham, state of North Carolina, for the reason dishonor by non-performance, it is hereby, publicly and solemnly certified, the dishonor as against all parties it may concern for liability equivalent to the face value of the instrument, and all costs, damages and interest incurred, or hereafter incurred, by reason of non-performance thereof and stipulations therein.

        The above noted party was presented notice under notary seal that non-performance within the time specified would comprise this confession of judgment, stipulation to all facts, default confessions and admissions listed therein, and authorization to execute the parties' Power of Attorney upon certification of respondent's non-performance

DOC # DAJ-07152017-04-A                         pg. 1 of 2

presented under notary seal, the time having elapsed for performance thereof, which was refused.

Durham County                    )
                                 ) COMMERCIAL AFFIRMATION & VERIFIED DECLARATION
State of North Carolina          )

Declarant, David Allen Junior, under his Commercial Affirmation with unlimited liability, proceeding in competency, good faith, and being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Declarant's private first-hand knowledge and belief under penalty of International Commercial Law.

                    — DAVID ALLEN #85367-083 ,
                    by: David Allen Junior
                    AUTHORIZED AGENT
                    ALL RIGHTS RESERVED

State of North Carolina   )
                          ) Affirmed
Durham County             )

> ROGER GREGORY
> NOTARY PUBLIC, NORTH CAROLINA
> DURHAM COUNTY
> MY COMMISSION EXPIRES
> 8/27/21

Subscribed and Affirmed before me by David Allen Junior, known or proven to me to be the real man signing this document on this 20th day of September, 2017, AD. WITNESS my hand and official seal.

Roger Gregory                    9/20/2017
Notary Public          Date          My commission expires: 8/27/2017

EXHIBIT #4

CERTIFIED TRUE COPY
Convention de la Haye du 5 Octbre 1961
1 ___ ___ ___ 2-14-2018
OF THE ORIGINAL INSTRUMENT

David Allen Junior
FCI BUTNER MEDIUM 2 (Reg. No. 85367-083)
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1500
BUTNER, NC 27509

1-1-2020

DATE: JANUARY 29, 2018

CERTIFIED MAIL # 7016 2070 0000 5523 7461

TO: Joshua Hawley d/b/a Missouri Attorney General
SUPREME COURT BLDG,
MISSOURI ATTORNEY GENERAL'S OFFICE
207 W. HIGH ST.
JEFFERSON CITY, MO 65102

RE: DOCUMENT #'s DAJ-07182017-01 (DATED JUNE 6, 2017), DAJ-07182017-02
(DATED JULY 14, 2017), DAJ-07182017-03 (DATED AUGUST 15, 2017), DOCUMENTS
# DAJ-07___ ___ ___ ___ ___ ___ ___
2017)

DECLARA___

NOTE:___
THE ___
AND ___
NITHER ___
OF ___
ATTORNEY ___
TAKEN SO LONG FOR THIS COMMUNICATION TO REACH ITS RECIPIENT ___

DOC # DAJ-07182017-05

1 OF 6

SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.
1. Article Addressed to:
MISSOURI ATTORNEY GENERAL
Joshua Hawley
207 W. HIGH ST
JEFFERSON CITY, MO

9590 9402 2448 6249 5___
2. Article Number (Transfer from service label)
7016 2070 0000 5523 74___
PS Form 3811, July 2015 PSN 7530-02-000-9053

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

David Allen
85367-083  LA

Sent To
MISSOURI ATTORNEY GENERAL JOSHUA M. HAWLEY
Street and Apt. No., or PO Box No.
207 W. HIGH ST
City, State, ZIP+4®
JEFFERSON CITY, MO 65102

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Domestic Return Receipt

Exhibit #4

CERTIFIED TRUE COPY
Convention de la Haye du 5 Octobre 1961
1 Aug No. Legal    2-14-2018
of THE ORIGINAL INSTRUMENT

David Allen Junior

FCI BUTNER MEDIUM 2 (Reg. No. 85367-083)

FEDERAL CORRECTIONAL INSTITUTION

P.O. BOX 1500

BUTNER, NC  27509

1-1-2020

DATE: JANUARY 29, 2018

CERTIFIED MAIL # 7016  2020  0000  5523  7461

TO: Joshua Hawley d/b/a Missouri Attorney General

SUPREME COURT BLDG.

MISSOURI ATTORNEY GENERAL'S OFFICE

207 W. HIGH ST.

JEFFERSON CITY, MO  65102

RE: DOCUMENT #'S DAJ-07182017-02 (DATED June 6, 2017), DAJ-07182017-02
(DATED July 14, 2017), DAJ-07182017-03 (DATED August 15, 2017), DOCUMENTS
# DAJ-07182017-04 and DAJ-07182017-04-A (DATED SEPTEMBER 26,
2017)

DECLARATION OF PRIVATE ADMINISTRATIVE JUDGMENT

NOTE: DUE TO UNFORESEEABLE CIRCUMSTANCES BEYOND
THE CONTROL OF David Allen Junior THIS COMMUNICATION
AND ITS FORM AS A DECLARATION IS DUE TO A REFUSAL
WITHOUT JUSTIFICATION OF NOTARIAL SERVICES ON THE PART
OF CERTAIN OF THE ADMINISTRATION AT THIS LOCATION AN
ATTEMPT TO SORT IT OUT IS CURRENTLY UNDERWAY. IT IS WHY IT HAS
TAKEN SO LONG FOR THIS COMMUNICATION TO REACH ITS RECIPIENT

DOC # DAJ-07182017-05                                          1 of 10

# Statement of Facts

I, David Allen Junior, hereinafter "Declarant", am over eighteen (18) years of age. I am fully competent to make this declaration, and I have personal first-hand knowledge of the facts stated in this declaration. To the best of my knowledge and/or belief, all of the facts stated in this declaration are true and correct.

1. On June 12, 2017, AD Respondent Joshua Hawley (d/b/a Missouri Attorney General) received the mailed "NOTICE OF ATTEMPT AT HONORABLE SETTLEMENT AND CLOSURE OF CERTAIN ACCOUNTS" (Doc # DAS-07182017-01) bearing Certified Mail # 7016 2070 0000 5523 5481; and

2. Declarant granted the Respondent 30 (thirty) days to respond, or in the alternative, admit all claims and statements of fact verified thereing; and

3. Declarant received no response from the Respondent in the manner provided for service of process in Doc # DAS-07182017-01; and

4. On July 24, 2017, AD Respondent received the mailed "Notice of Fault - Opportunity to Cure" (Doc # DAS-07182017-02) bearing, (Certified Mail # 7016 2070 0000 5523 6297 and was therein granted 10 (ten) additional days to cure the condition of fault; and

5. Declarant received no response from the Respondent in the manner provided for service of process in Doc # DAS-07182017-01 to cure the condition of fault; and

6. On August 22, 2017, AD Respondent received the mailed "NOTICE OF DEFAULT - OPPORTUNITY TO CURE" (Doc # DAS-07182017-03) bearing, CERTIFIED MAIL #

2016 2020 0000 5523 6846, and was thereto granted 10 (ten) additional days to cure the condition of default; and

7. Declarant received no response from the Respondent in the manner provided for service of process in Doc # DAS-07182017-01 to cure the condition of default; and

8. Under notary seal Respondent's non-response to Declarant's communications mentioned above in statements 1, 4, and 6 have been acknowledged and testified; and

9. As an operation of law, the Respondent has admitted to the statements of fact and claims verified within Declarant's "NOTICE OF ATTEMPT AT HONORABLE SETTLEMENT AND CLOSURE OF CERTAIN ACCOUNTS" (Doc # DAS-07182017-01) and has also agreed to perform as stipulated within the same; giving the Respondent a duty to make the appropriate changes agreed upon as will as the duty of enforcing the appropriate changes upon certification of non-performance should such be secured in the event that Respondent did not cure said condition of default; and

10. Due to the fact that an "ALTERNATIVE REMEDY" was offered / tendered / presented as part of the initial communication sent to Respondent by the Declarant, on September 25, 2017 Respondent received the mailed "NOTICE OF FINAL ADMINISTRATIVE DETERMINATION AND TEN DAY OFFER OF WARRANTS" (Doc # DAS-07182017-04) and attached "CERTIFICATE OF NON-PERFORMANCE" (Doc # DAS-07182017-04-A) both dated September 21, 2017 bearing CERTIFIED MAIL # 2016 2020 0000 5523 7218; and

11. Declarant received no response from the Respondent in the manner provided (in service of process in Doc #1 DAJ-07182017-01 after granting Respondent ten (10) days of immunity to honor that which was presented as an alternative remedy to settle the matter in Doc # DAJ-07182017-01 before dishonor need be recorded; and

12. Under notary seal Respondent's non-response to Declarant's communications mentioned above in statements 1, 4, 6, and 11 have been acknowledged and testified with the exception of the communication mentioned in statement 10 which was the point at which Declarant began experiencing (and continues to experience at present) what Declarant is led to believe is a certain measure of obstruction of justice on the part of certain of the staff once Declarant made an attempt to have Respondent's non-response to Documents DAJ-07182017-04 and DAJ-07182017-04-A recorded under notary seal; and

13. Respondent by his silence, as an operation of the law he is to act by while operating within his official capacity, has now silently acquiesced to and tacitly agreed upon all of the facts, claims, and default admissions / stipulations that Declarant presented by way of his failure / refusal to respond.


DECLARATION OF PRIVATE ADMINISTRATIVE JUDGMENT

KNOW ALL BY THESE PRESENTS:
That upon the exhaustion of the private administrative process regarding the matter of Case No. 16CR02002255-01 (State of Missouri v. David Allen, Jr.) between David Allen Junior and Joshua Hawley who was (at the time of said private communications) doing business as the Missouri Attorney General,

and with it being admitted that there were no defects regarding the method of execution of said private administrative process by Joshua Hawley by way of his failure/refusal to respond with proof of the contrary as well as his failure/refusal to rebut any and all statements of fact and claims made by David Aston Junior during the course of his private communications with Joshua Hawley the private administrative record reflects the following JUDGMENT:

Joshua Hawley (d/b/a Missouri Attorney General); being the chief law officer of/for the state of Missouri and given the responsibility of advising the government of the state of Missouri on legal matters as well as representing it in litigation; by way of his failure/refusal to respond to David Aston Junior's private administrative process has thereby silently acquiesced to and tacitly agreed upon as an operation of the law that he is bound by while operating within his official capacity - the default confessions, stipulations and admissions as has been enumerated and set forth in "ATTACHMENT #DCSA-02" (attached to Doc# DJS-00152017-02).

As a result all issues are settled res judicata, stare decisis, collateral estoppel, and as a result, judgment by estoppel.

It is also adjudged that Case No. 16CR1200558-01 and/or all related and/or derivative accounts be invalidated, destroyed, eliminated from the record or otherwise disposed of, and settled to the complete satisfaction of all interested parties and that all liabilities formerly attributed to "DEFENDANT" in said case are likewise disposed of.

CONCLUSION: With the private administrative record regarding the matter

at hand reflecting the exhaustion of necessary steps without defect
and as a result Joshua Hawley's (Missouri Attorney General)
acquiescence to and agreement with - as an operation of law all
statements of fact and claims made by David Alan Junior; all
private communications from David Alan junior to Joshua Hawley
will conclude after service of this communication.

DAVID ALLEN, JR "85427-083 (283 legis)

by: _____

David Allen Junior, Declarant
Authorized Agent
All Rights Reserved

1)  _____                    February 3, 2018
Witness - All Rights Reserved          Date
Joe Tapia III #95929-280
Printed Name and Register Number

2)  DAYMON JOHNSON                      Feb. 5, 2018
Witness - All Rights Preserved         Date
Daymon Johnson  14368088
Printed Name and Register Number

3)  Steven Avery                        2-5-18
Witness - All Rights Preserved         Date
Steven Avery  52437-146
Printed Name and Register Number

( NOTE: WITNESS SIGNATURES ARE IN ACCORDANCE WITH  II CORINTHIANS 13:1 )

DOC # DAS-07152017-05                                    6 of 6

EXHIBIT #5

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

magestic.white@web.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

David Allen, Jr.
7921 Franklin Court
Newport News, VA 23608 USA

Office of the Clerk
Virginia State Corporation Commission

Filing Number: 20210930080585
Filing Date and Time: 9/30/2021 8:07:05 AM

Total Number of Pages: 1

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
David ALLEN, Jr. FILE NO. 116 79 31119

| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| OR | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1317 Edgewater Dr. suite #1125 | Orlando | FL | 32804 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| OR | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
MOORALITY'S MAJESTIC TRUST

| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| OR | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 1317 Edgewater Dr. suite #1125 | Orlando | FL | 32804 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

THIS IS THE ENTRY OF COLLATERAL ON BEHALF OF THE DEBTOR AND THE SECURED PARTY INTO THE COMMERCIAL REGISTRY AND IS A PUBLIC NOTICE OF A COMMERCIAL TRANSACTION. THE SECURED PARTY HEREBY SECURES ALL RIGHTS, INTERESTS, AND TITLE IN PROPERTY LISTED BELOW.

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE THAT THE COLLATERAL IN WHICH THIS SECURITY INTEREST IS GRANTED INCLUDES:

1) CERTIFICATE OF LIVE BIRTH FILE NO. 116 79 3119, value: varies;

2) Commercial Security Agreement Number: DAJ07181997CSA;

3) Private Bond for Set Off Number: RE198923415US, valued at One-hundred Billion and 00/100 United States Dollars (USD $100,000,000,000.00).

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions)    being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)



EXHIBIT #6

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
David Allen Jr.

B. E-MAIL CONTACT AT FILER (optional)
majesticone76@gmail.com

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)

David Allen Jr.
702 Ninebark Court
Newport News, VA 23608 USA

Office of the Clerk
Virginia State Corporation Commission

Filing Number: 20211001080755
Filing Date and Time: 10/1/2021 12:33:52 AM
Total Number of Pages: 1

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
20210930080585

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes: | AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record | ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c | ☐ ADD name: Complete item 7a or 7b, and item 7c | ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME
US Department of the Treasury

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS
1500 Pennsylvania Avenue, NW | CITY Washington | STATE DC | POSTAL CODE 20220 | COUNTRY USA

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
MOORALITY'S MAJESTIC TRUST

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
Public notice of assignment of interest in any and all property. Filing #20210930080585.

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)



EXHIBIT #6.1

Notary's Certificate of Services # DAJ07181997NCS

## NOTARY'S CERTIFICATE OF SERVICES

The services in this matter are done on behalf of Allen: David, Junior.

It is hereby certified that on this 04th day of October, 2021, I, Allen: David, Junior, authorize the undersigned Notary Public to Mail these Documents to:

1) Janet Yellen, Secretary of the Treasury; DEPARTMENT OF THE TREASURY; 1500 Pennsylvania Avenue, NW, Washington, D.C. 20220,

2) Merrick B. Garland, Office of the Attorney General; U.S. Department of Justice; 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001,

3) Charles P. Rettig, Office of Commissioner of Internal Revenue; Internal Revenue Service Building; 1111 Constitution Ave NW, Washington, D.C. 20224,

4) Christina Stewart, State Registrar of Vital Statistics; 275 East Main Street, 1E-A; Frankfort, KY 40621;

5) Allison Ball; Office of Kentucky State Treasurer; 1050 US Highway 127 South, Suite 100; Frankfort, KY 40601,

6) Daniel Cameron; Attorney General's Office; 1024 Capital Center Dr., Unit 200; Frankfort, KY 40601.

Hereinafter, "Recipient", the documents and sundry papers which include the following:

1. Notary's Certificate of Services # DAJ07181997NCS;
2. Cover Letter # DAJ07181997JYCL;
3. Form 56 Fiduciary Appointment (2 copies along with a self-addressed stamped envelope);
4. Certified copy of CERTIFICATE OF LIVE BIRTH, FILE NO. 116 79 31119 for the COMMONWEALTH OF KENTUCKY with indorsed entitlement order;
5. Cancellation and/or Revocation of All Prior Powers of Attorney;
6. Commercial Security Agreement Number: DAJ07181997CSA (3 pages);
7. UCC-1 Financing Statement (Filing Number: 20210930080585) and UCC-3 Amendment (Filing Number: 20211001080755);
8. PRIVATE BOND FOR SET OFF – NON-NEGOTIABLE (Bond Number: RE 198 923 415 US).

USPS Tracking Numbers for above mentioned package contents in order of recipient list:
1. # RE 198 923 415 US, 2. # 70203160000177492900, 3. # 70203160000177492917, 4. # 70203160000177492924, 5. # 70203160000177492931 and 6. # 70203160000177492948.

Notary Public, by placing the same in postpaid envelope, properly addressed to Recipient at the said address and depositing the same at an official depository under the exclusive face and custody of the U.S. Postal Service within the Commonwealth of Virginia.
Notary Public Signature as Witness to Documents: _Michelle Ivey-Renee Johnson_

I, Allen: David, Junior, certify that these Documents have been witnessed on this _____ day of October 2021, and all the Documents being sent out are true and correct to the best of my knowledge.

By: _____   Date: Oct. 04, 2021
Allen: David, Junior

Commonwealth of Virginia
County of _Newport News_

Subscribed and sworn to (or affirmed) before me on this 04th day of October, 2021 by Allen: David, Junior; proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Michelle Ivey-Renee Johnson_   (Seal)
Notary Public

Notary's Certificate of Services # DAJ07181997NCS

Michelle Ivey-Renee Johnson
Commonwealth of Virginia
Notary Public
Commission No. 7679532
My Commission Expires 2/29/2024

Exhibit # 6.2

## NOTARY'S CERTIFICATE OF SERVICES – SECOND NOTICE, OPPORTUNITY TO CURE.

The services in this matter are done on behalf of Allen: David, Junior. THIS IS THE SECOND NOTICE WITH OPPORTUNITY TO CURE. NOTICE TO AGENT IS NOTICE TO PRINCIPAL>

It is hereby certified that on this 14ᵗʰ day of October, 2021, I, Allen: David, Junior, authorize the undersigned Notary Public to Mail these Documents to:

1) Janet Yellen, Secretary of the Treasury; DEPARTMENT OF THE TREASURY; 1500 Pennsylvania Avenue, NW, Washington, D.C. 20220;
2) Merrick G. Garland; Office of the Attorney General; U.S. Department of Justice; 950 Pennsylvania Avenue, NW; Washington, DC 20530-0001;
3) Charles P. Rettig, Office of Commissioner of Internal Revenue; Internal Revenue Service Building; 1111 Constitution Ave. NW; Washington, D.C. 20224;
4) Christina Stewart, State Registrar of Vital Statistics; 275 East Main Street, 1E-A; Frankfort, KY 40621;
5) Allison Ball; Office of Kentucky State Treasurer; 1050 US Highway 127 South, Suite 100; Frankfort, KY 40601;
6) Daniel Cameron, Attorney General's Office; 1024 Capital Center Dr., Unit 200; Frankfort, KY 40601.

hereinafter, "Recipient", the documents and sundry papers which include the following:

1. Current and Former Notary's Certificate of Service(s)
2. Cover Letter #DAJ07181997JYC1.
3. Form 56 Fiduciary Appointment (2 copies - previously sent with SASE);
4. Copy Certified copy of CERTIFICATE OF LIVE BIRTH, FILE NO. 116 79 31119 for the COMMONWEALTH OF KENTUCKY with indorsed entitlement order;
5. Cancellation and/or Revocation of All Prior Powers of Attorney;
6. Commercial Security Agreement Number: DAJ07181997CSA;
7. UCC-1 Financing Statement (Filing Number: 20210930080585) and UCC-3 Amendment;
8. PRIVATE BOND FOR SET OFF – NON-NEGOTIABLE (Bond Number: RE 198 923 415 US).

By USPS Tracking Numbers:
RE 198 923 424 US; CM# 70203160000177493235; CM# 70203160000177493242;
CM# 70203160000177493259; CM# 70203160000177493266; CM# 70203160000177493174.

Notary Public, by placing the same in postpaid envelope, properly addressed to Recipient at the said address and depositing the same at an official depository under the exclusive face and custody of the U.S. Postal Service within the Commonwealth of Virginia.

Notary Public Signature as Witness to Documents: _Mechelle Ivey Renee Johnson_

I, Allen: David, Junior, certify that these Documents have been witnessed on this 14ᵗʰ day of October 2021, and all the Documents being sent out are true and correct to the best of my knowledge.

By: _____    Date: 10/14/2021
Allen: David, Junior

Commonwealth of Virginia
County of Newport News

Subscribed and sworn to (or affirmed) before me on this 14ᵗʰ day of October, 2021 by Allen: David, Junior; proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Mechelle Ivey Renee Johnson_ (Seal)

Commonwealth Of Virginia
Michelle Ivey-Renee Johnson - Notary Public
Commission No. 7679532
My Commission Expires 2/29/2024

EXHIBIT # 6.3

## NOTARY'S CERTIFICATE OF SERVICES – 3rd and FINAL NOTICE, NOTICE OF DEFAULT.

The services in this matter are done on behalf of Allen: David, Junior. THIS IS THE THIRD AND FINAL NOTICE AND NOTICE OF DEFAULT / TACIT AGREEMENT BY ACQUIESCENCE.
NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

It is hereby certified that on this 24th day of October , 2021, I, Allen: David, Junior, authorize the undersigned Notary Public to Mail these Documents to:

1) Jen Yellen, Secretary of the Treasury; DEPARTMENT OF THE TREASURY; 1500 Pennsylvania Avenue, NW; Washington, D.C. 20220;
2) Merrick B. Garland; Office of the Attorney General; U.S. Department of Justice; 950 Pennsylvania Avenue, NW; Washington, DC 20530-0001;
3) Charles P. Rettig, Office of Commissioner of Internal Revenue; Internal Revenue Service Building; 1111 Constitution Ave, NW; Washington, D.C. 20224;
4) Christina Stewart; State Registrar of Vital Statistics; 275 East Main Street, 1E-A; Frankfort, KY 40621;
   Allison Ball, Office of Kentucky State Treasurer; 1050 US Highway 127 South, Suite 100; Frankfort, KY 40601;
   Daniel Cameron, Attorney General's Office; 1024 Capital Center Dr., Unit 200; Frankfort, KY 40601.

Herewith the Delivery of the documents and sundry papers which include the following:

1. Current and Former Notary's Certificate of Service(s)
2. Cover Letter #DAJ07181997JYCL
3. Form 56 Fiduciary Appointment (2 copies - previously sent with SASE);
4. Copy Certified copy of CERTIFICATE OF LIVE BIRTH, FILE NO. 116 79 31119 for the COMMONWEALTH OF KENTUCKY with indorsed entitlement order;
5. Cancellation and/or Revocation of All Prior Powers of Attorney;
6. Commercial Security Agreement Number: DAJ07181997CSA;
7. UCC-1 Financing Statement (Filing Number: 20210930080585) and UCC-3 Amendment;
8. PRIVATE BOND FOR SET OFF – NON-NEGOTIABLE (Bond Number: RE 198 923 415 US).

By USPS Tracking Numbers:
RE 198 923 738 US; CM# 70203160000177493181; CM# 70203160000177493198; CM# 70203160000177493204; CM# 70203160000177493211; CM# 70203160000177493228.

Notary Public, by placing the same in postpaid envelope, properly addressed to Recipient at the said address and depositing the same at an official depository under the exclusive face and custody of the U.S. Postal Service within the Commonwealth of Virginia.

Notary Public Signature as Witness to Documents Michelle Ivey-Renee Johnson

I, Allen: David, Junior, certify that these Documents have been witnessed on this 14th day of October 2021, and all the Documents being sent out are true and correct to the best of my knowledge.

By: _____   Date: 10/14/2021
Allen: David, Junior

Commonwealth of Virginia
County of Newport News

Subscribed and sworn to (or affirmed) before me on this 14th day of October, 2021 by Allen: David, Junior, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Michelle Ivey-Renee Johnson (Seal)
Notary Public

Commonwealth Of Virginia
Michelle Ivey-Renee Johnson - Notary Public
Commission No. 7679832
My Commission Expires 2/28/2024

Exhibit #6.4

TRUST DOCUMENT NUMBER: **CERTIFICATION OF TRUST**
18767181979-03.2



This Certification of Trust was created July 1, 2022. The Trust has been legally created as an Irrevocable Trust. All rights and title to the assets and income of this Trust is vested solely in the Board of Trustees.

We DAVID ALLEN JR, TTEE and TAWANNA M. GORDON, TTEE certify that we are the trustees of a trust entitled DAVID ALLEN JR TRUST, created by Declaration of Trust dated July 1, 2022.

We the undersigned, as the current acting Trustees declare and certify to this financial institution:

    1. We declare that I have full authority under the above referenced Trust to sign on behalf of the Trust and to open and close accounts, perform deposits, withdraw, and transfer funds on behalf of the Trust.

    2. We declare that I have full authority under the above referenced trust to open, enter and remove contents of and close safe deposit boxes and open or close accounts.

    3. Without limiting the foregoing specifically, we have the authority to open accounts, perform deposits, and withdraw funds, transfer funds, and close accounts at the aforesaid bank.

    4. The Trustee will not direct aforesaid bank to take any action unless the Trustee has the power to act and such powers are properly exercised.

    5. Pursuant to the terms of the Trust, the Trustee has the power to contract for banking and other financial services and to transfer, purchase and/or sell financial assets and investments, including securities.

    6. If requested, we will provide Bank with copies of excerpts of the original Trust instrument and amendments designating the Trustee and/or other powers conferred on Trustee in support of a pending transaction under this certification.

    7. The trust has not been revoked, modified or amended in any manner which would cause the representations contained in this certification to be incorrect.

    8. All information contained in this certification is true and correct, and you (Aforesaid Bank), as a third party conducting business with the Trustee may rely on this information until you receive written notice of any changes signed by the Trustee.

    9. The Trustees may sign for an Electronic Debit Card and/or Credit Card.

    10. In addition to the above powers, the Trustee has the following authorities:
        a. The authority to grant power of attorney.
        b. The authority to encumber trust property.

Page 1 of 4

TRUST DOCUMENT NUMBER: **CERTIFICATION OF TRUST**
18767181979-03.2

c. The authority to authorize borrowing on behalf of the trust.

d. The authority to appoint a general manager as signer on trust accounts.

11. We agree to defend, indemnify and hold aforesaid Bank harmless from any and all claims, demands, liabilities, costs or expense, including, but not limited to reasonable attorney's fees which it may suffer or incur by any reason of its reliance upon any statement contained herein.

12. This organizational document and all Trust business will be kept private, protected by the privacy act of 1974, Title 5 U.S.C. 552(a), the fourth and fifth Amendments of the Constitution for the United States of America, the common law privacy rights available in the United States of America and every other applicable jurisdiction.

Executed this __12__ day of ___July___ 2022 C.E.

I as the executive trustee certify and verify that this document is true and correct to the best of my knowledge under notary seal:

_____

DAVID ALLEN JR, TTEE, Executive Trustee

This document is executed under the penalty of perjury; [in nature of 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e., "28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. Const. Art. 1:8:17- 18,"] Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same [in accordance Fed.R.Evid. 902(1)(B)].

**JURAT**

County of Marion          )
                          ) Scilicet
Florida State             )

SUBSCRIBED AND SWORN TO (OR AFFIRMED) before me this __12th__ day of ___July___, 2022.

_____          Notary Stamp/Seal

Notary Public Signature

My Commission Expires: 2/23/2025

JENNIFER LYNN MIELES
NOTARY PUBLIC · STATE OF FLORIDA
COMMISSION # HH 096694
My Commission Expires February 23, 2025

Page 2 of 4

EXHIBIT #6.5

TRUST DOCUMENT NUMBER:
18767181979-00

**SPECIAL TRUST DEPOSIT**



7-12-2022
D.A.S.

# Statement of the Benefactor
*For the correction of incorrect designations*
July 12, 2022

**Peace Be To All Whom These Presents Shall Come,**

I AM, One, a portion of The Source of Omnipotence, Omnipresence, and Omniscience having an earthly experience; the undersigned (please see "EXHIBIT: A" for recent photograph of the physical image of the Benefactor); being a physical manifestation of said Omnipotence, Omnipresence, and Omniscience through the sacred act of procreation between my earthly father and mother whose given names are David and Phyllis, and who was, himself, given the name David; having a sound mind, without prejudice to my unalienable rights and the duties so attached thereto as I am wholeheartedly convinced of until proven otherwise; being one who was born of and walks on the soil of The God of creation that many identify as the ultimate object of their worship in the common "Holy Doctrines of the World"; namely, the "Torah", "Holy Bible", and "Holy Qur'an" to name a few; who is unschooled in the law, is not trained in legalese, who has never had an attorney, is without an attorney, and does not waive counsel; knowingly and willingly Declares and duly Affirms, in observance of the law binding upon all whom act in any official/professional capacity whatsoever, in time of peace and not in time of war or emergency, in good faith, with no intention to delay or obstruct, and with full intent to preserve and promote the public confidence in the integrity and impartiality of the judiciary; that the preceding and following statements and facts are of my own first-hand knowledge, except where such matters are stated to be based on information and belief, in which case I have identified the source and confirm my belief in the accuracy and truth of that information. May The Source of Omnipotence, Omnipresence, and Omniscience so help me since it is on The Source of Omnipotence, Omnipresence, and Omniscience that the entirety of my being is dependent.

1. I AM, no "person" as contemplated and generally accepted as being defined, or perhaps presumed and/or assumed to be described as such, throughout the legal profession if such does not have the sentience and/or faculties of being necessary to think and act for itself within its capabilities and logically owing permanent obedience and allegiance to none other than "The Source" of the "inner workings" (unfathomable) of Omnipotence, Omnipresence, and Omniscience for sustaining the entirety of said "person's" existence. I AM, no fictional being, no organization, trustee, employee, association, voluntary association, joint-stock association, company, co-partnership, firm, order, or society, either aggregate or part of any aggregate, or automatic aggregate, or public utility aggregate, whether organized or incorporated or not, and I am not misrepresenting how I identify myself nor what I am wholeheartedly convinced are my origins in Omnipotence, Omnipresence, and Omniscience operating through the particular beings that also have origins in Omnipotence, Omnipresence, and Omniscience in the physical/earthly manifestations of my Father and Mother.

2. I have not duly granted, ratified, bargained for, gifted, sold, pledged, optioned, or donated any power of appointment, special power of appointment, general power of appointment in trust, or any general or

TRUST DOCUMENT NUMBER:     **SPECIAL TRUST DEPOSIT**
18767181979-00

# Statement of the Benefactor
*For the correction of incorrect designations*
July 12, 2022

special franchise, or elective franchise name, character, labour, or living body to any other, for any consideration: including, but not limited to any option or opting, any promise, implied promise, successive promises, agreement, supposed agreement, identity, fiction, graven image, forbearance, grace, creation, or modification or destruction of a legal relation, trade name, trademark, service mark, title(s), or return promise, bargained for and given in exchange for a promise, privilege, benefit, reciprocity, indemnity, mutual indemnification, any present or future interest or otherwise.

3. There are two beings with the same and/or similarly sounding name. One real, the undersigned; the other a person, a fictional being.

4. It is not possible that man can be both a sentient being ("proper noun") so represented, in part, by one's name being written in "proper case" as well as a fictional being (improper noun) so represented, in part, by the partial or complete capitalization of one's "given" name and rendering it "improper" when referring to man.

5. If it has ever been presumed and/or assumed that I "attorned" or subjected myself to a lesser standing as an intelligent act; the record shall now reflect that such was done unknowingly. I can only appear for the fictional person aforementioned as its authorized representative. I think for, speak for, and act for it.

6. I am offended that I have been treated/deemed a fictional being my whole life.

7. I have the highest claim in Equity, second only to The Source of Omnipotence, Omnipresence, and Omniscience, to the Estate associated with David ALLEN, Jr.; FILE NO. 116 79 31119.

8. The Estate is represented by the certification of one's birth accepted in the custody of the office of the Registrar General (i.e. "Certificate of Live Birth", "Birth Certificate"), which represents a security that is pledged as part of the collateral in support of hypothecation efforts enacted by Congress to conduct/finance commercial activity.

9. The Estate (one's labor and/or assets in this case), unbeknownst to the Benefactor, has been pledged as surety to underwrite the currency of the United States and a portion of the public debt; as well as pay the bills, taxes, claims, assessed/levied against the person "DAVID ALLEN, JR" (Social Security Account Number(SSN): 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).

10. The Estate hereby expressly consents and agrees to cover all of the debts and forgives the indebtedness of "DAVID ALLEN, JR.; SSN: 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".

TRUST DOCUMENT NUMBER:
1878718197B-00

**SPECIAL TRUST DEPOSIT**

# Statement of the Benefactor
*For the correction of incorrect designations*
July 12, 2022

11. Her Majesty the Queen in right of the UNITED STATES, and/or the UNITED STATES, incorrectly designated the beneficiary of the Estate/Trust/debtor account associated with DAVID ALLEN, JR.; SSN: 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.

12. The Benefactor or the person/debtor account (DAVID ALLEN, JR; SSN: 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), incorrectly designated the trustee.

13. The Benefactor has neither seen or been presented with the evidence that proves that he is a "person" as such has been set forth herein nor that the trust relationship; which is the underlying foundation of this communication, does not exist.

Recipients shall have Ten(10) business days from the date shown above to refute, in writing, any part or all the content of the Statement of the Benefactor, backed by evidence. For example, written delegated authority to administer the Estate, documentation that establishes a lien or equitable interest in the Estate, proof the undersigned is a person. If more time is required to respond, send timely written notice of such or other communication as set forth herein to the following by registered/certified mail:

DAVID ALLEN, JR ESTATE
In care of:
1317 Edgewater Drive; Suite 1125
Orlando, Florida
32804

Dated this _12_ day of _July_, 2022

By: _David Hurleros_

David Allen Junior
Priority Equitable Securities Entitlement Holder
Benefactor

TRUST DOCUMENT NUMBER:
18767181979-00

**SPECIAL TRUST DEPOSIT**

# Statement of the Benefactor

*For the correction of incorrect designations*
July 12, 2022

Jurat

State of Florida        )
                        )ss
County of Marion        )

Sworn to (or affirmed) and subscribed before me by means of physical presence and government issued
photo identification on this, the 12th day of ~~May~~ in the year 2022 of the common era by
David Allen Jr.

Signature of Notary Public:
My commission expires: 2/23/2025

JENNIFER LYNN MIELES
NOTARY PUBLIC - STATE OF FLORIDA
COMMISSION # HH 096694
My Commission Expires February 23, 2025

Notarial Stamp/Seal

### EXHIBIT A:
(photograph of the physical image of the Benefactor/Securities Entitlement Holder)



David Allen Junior
Benefactor

4 of 4
**SPECIAL TRUST DEPOSIT**



EXHIBIT # 6.6

NOTARY'S CERTIFICATE OF SERVICES # DAJ-07181997-02-NCS

## NOTARY'S CERTIFICATE OF SERVICES

The services in this matter are done on behalf of: DAVID ALLEN JR, TRUST.

It is hereby certified that on this 12 day of October, 2022, I, David Allen Jr, Executive Trustee; without prejudice, authorize the undersigned Notary Public to mail these documents to:

1)    Janet Yellen, Secretary of the Treasury; DEPARTMENT OF THE TREASURY; 1500 Pennsylvania Avenue, NW; Washington, D.C. 20220.

Hereinafter, "Recipient", said documents and/or sundry papers include, and is limited to, the following:

1)    NOTARY'S CERTIFICATE OF SERVICES # DAJ-07181997-02-NCS, and
2)    TRUST DOCUMENT/INSTRUMENT NUMBER: 18767181979-04, and
3)    EXHIBIT #1- NOTARY'S CERTIFICATE OF SERVICES (copy of original), and
4)    EXHIBIT #2- NOTARY'S CERTIFICATE OF SERVICES- SECOND NOTICE, OPPORTUNITY TO CURE (copy of original), and
5)    EXHIBIT #3- NOTARY'S CERTIFICATE OF SERVICES-3rd and FINAL NOTICE, NOTICE OF DEFAULT (copy of original), and
6)    EXHIBIT #4- DECLARATION OF TRUST (copy of first and last page of Trust Document Number: 18767181979-03.1)
7)    EXHIBIT #5- CERTIFICATION OF TRUST (copy of the first and second page of Trust Document Number: 18767181979-03.2)
8)    EXHIBIT #6- Statement of the Benefactor (Trust Document Number: 18767181979-00; photo on last page)
9)    EXHIBIT #24- Private Administrative Process Communicated to Missouri Attorney General (now Senator) Josh Hawley (copies of the original communications and Certified Mail/Return Receipts).(*)

(*)-The totality of said documents comprise Registered Mail Number: RE 198 893 869 US; equitable title to which is hereby accepted and held in Trust as "TRUST DOCUMENT/INSTRUMENT NUMBER: 18767181979-04.

Notary Public, by placing the same in postpaid envelope, properly addressed to Recipient at the said address and depositing the same at an official depository under the exclusive face and custody of the U.S. Postal Service within the state of Florida.

**Notary Public Signature as Witness to Documents:** _____

I, David Allen Jr, Executive Trustee, certify that these Documents have been witnessed on this 12 day of October, 2022, and all the Documents being sent out are true and correct to the best of my knowledge and done in good faith.

By: _____ , TTEE      Date: _Oct 12, 2022_
     David Allen Jr, Executive Trustee; without prejudice

State,      Florida
County,    Marion

Subscribed and sworn to (or affirmed) before me on this 12 day of October, 2022 by David Allen Jr, TTEE; proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public

> JENNIFER LYNN MIELES
> NOTARY PUBLIC - STATE OF FLORIDA
> COMMISSION # HH 09669
> My Commission Expires February 28, 2025

(Notarial Stamp and/or Seal)

Page 1 of 1



**!!! URGENT SPECIAL TRUST DEPOSIT !!!**
TRUST DOCUMENT/INSTRUMENT NUMBER: 18767181979-04

DAVID ALLEN JR, ESTATE (EIN: 87-6572974)
Represented By: DAVID ALLEN JR, TRUST (EIN: 88-6436456)
In Care Of: 1317 Edgewater Drive
Suite # 1125
Orlando, Florida
32804
~WITHOUT PREJUDICE~

Registered Mail Number: RE 198 893 869 US

Date: October 3rd, 2022 Common Era

Janet Yellen
Secretary of the Treasury
DEPARTMENT OF THE TREASURY
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

**Re:** Acknowledgment of Certain Debts/Obligations; the Acceptance thereof, and the Enforcement of Equitable Interests Secured Thereby for the Express Purposes of Full Settlement and Closure of the Accounting and the Disbursement of the Proceeds

Greetings Mrs. Yellen,

Please be advised that as of July 1st, 2022 an Irrevocable Trust Organization/ Unincorporated Business Organization/ Financial Institution known as the DAVID ALLEN JR, TRUST was created as part of the equitable Estate property associated with DAVID ALLEN, JR (Social Security Number: 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); legal as well as equitable title to which has been secured by private arrangement; transferred into private trust executed without the United States; and assigned to the Office of the Secretary of the Treasury of the United States as the Securities Intermediary of Record.

As this is a matter that ultimately has origins in certain securities/trust assets (both implied and express trust assets) associated with these matters; that We, as Executive Trustee of the Board of Trustees speaking as the unified voice of said Trust in this instance, have been authorized and entrusted to manage and/or administer as part of the trust corpus to the best of Our ability; and due to the complexity of the matter at hand in addition to the level of expertise needed to rectify this matter; We, hereby explicitly express the wishes of the Equitable Entitlement Holder; in good faith and with a firm reliance upon your special abilities, to ensure that the instructions contained herein are executed immediately as certain of the private property so secured is at risk of continued unauthorized public

EXHIBIT - 7

| From: | David Allen |
|-------|-------------|
| To: | Andrews, Amy (USMS) |
| Subject: | [EXTERNAL] DAVID ALLEN JR ESTATE |
| Date: | Friday, July 7, 2023 1:08:14 PM |

Greetings once again from the Occupant of the Executor Office of the DAVID ALLEN JR ESTATE operating through the DAVID ALLEN JR TRUST;

In an effort to make everyone's assignd duties and obligations regarding this matter as easy as possible; it is asked that those addressed pay particular attention to the pdf file containing the scanned copy of the private administrative process that was exhausted in relation to the underlying State of Missouri cause which forms the basis of the instant Federal matter. In short; you will find that these communications had taken place betweeen "myself" and the then acting Missouri Attorney General Josh Hawley who now occupies the seat of Senator of Missouri, if I am not mistaken. In his capacity as Chief Law Officer of the State that is responsible for representing the State by legal definition: I felt there was no better individual that was better qualified to have this line of communication with as such regards the legitimacy of the case. It was eventually "agreed" via silent acquiescence and tacit acceptance that the whole of the case was that which was/is based in unconstitutionality and is, therefore, that which I am not bound to honor inasmuch as such relates to any obligations and duties on my part. As such relates to any presumed obligations and duties on my part as such relate to the instant Federal matter; all contracts were explicitly signed under qualified indorsements whereas it was expressed that such was given under threat, duress, coercion, fraud, trickery, deceit, and/or lack of full disclosure/consideration...etc. on the part of those representing the interests of the United States. Namely, Senior United States Probation Officer Tomas Ramirez. I all technical honesty, we know that the claims representd by the State of Missouri as well as the United States in this instance are ultimately baseless in equity, and whereas I am the only one to put any true value and/or consideration into these cases/accounts. Since I am the source of the equitable value associated with these accountings; I am the one to whom all is due in relation to that which is owed to the proper parties in equity; which all of the evidence presented by way of these pdf files proves. The said scan of the private administrative process provides the basis of why I am claiming that I am being unlawfully detained and wrongfully imprisoned. I simply owe no duty to the State of Missouri or the United States regarding this matter and I am hereby Constitutionally demanding that my private property be restored immediately and ceases to continue being utilized for public usage without due process of law and just compensation. If not, such will constitute your agreement to be held equally liable for such unjust acts in an Equity Court in any and all capacities that may apply. Being that I am currently being held against my will "in Oklahoma" awaiting to be potentially transported to "Virginia" to be forced to make "an appearance" regarding this matter; I am wondering if this matter can be settled "out-of-Court" without the need for any "public controversy" or the need to have me transported back to "Virginia" since it is my intention to secure a permanent dwelling "in Oklahoma" now that my Trust account has been approved to be set up "in Oklahoma" which has been post-poned for obvious reasons. Simply put, I am entitled to have this matter "go away" so that I can continue pursuing mutually beneficial Trust relations that have been recently established between myself and the Government of the United States. However; I am aware of the possibility of a certain reluctance on the part of the Governments of the several States of the Union and the United States to govern yourselves according to these entitlement orders because of the nature of things. I assure you that I am no threat to the public...ESPECIALLY SEXUALLY! I simply made a mistake in judgment based off of what I believed to be the young lady's "physical maturity" at that time and I stood up like a man and accepted full responsibility for my ignorance and poor judgment immediately. However; I chose to not remain ignorant of certain things as they relate to this matter and this is proof of my accepting that part of my responsibility as well. I hereby guarantee that I will not disclose this matter to uninterested parties and will bind myself to the Law governing treason as such relates to "American Jurisprudence" should I dishonor my pledge to the Governments of the several States

EXHIBIT 7

of the Union and the United States. In short, I have come to realize a certain wisdom in the maxim of lawthat states..."Let he who chooses to be ignorant; therefore, remain ignorant." Trust me; I have been imprisoned enough, and bore witness to, enough foolishness in the mentality of the general population to warrant this approach to helping to protect my private interests as well as those relative to governmental interest in National Security and Publc Order.

Many thanks in advance for your immediate attention to this matter.

DAVID ALLEN JR ESTATE; operating through the DAVID ALLEN JR TRUST; By: David Allen Junior, Grantor and Paramount Equitable Entitlement and Perfected Security Interest Holder-In-Due-Course operating through the Secured Party of Record without prejudice.

EXHIBIT - 8

**From:** David Allen
**To:** Andrews, Amy (USMS)
**Subject:** [EXTERNAL]
**Date:** Friday, July 7, 2023 1:24:50 PM
**Attachments:** FEDERAL CORRECTIONAL INSTITUTION 2.pdf
2070 0000 5523 5481 2.pdf

Greetings,

The following presentments made hereby and incorporated herein by
reference as such relates to the matter of "U.S.A. v David Allen, Jr."
are made in good faith and without criminal intent as a matter of
providing the evidentiary basis proving that I, in my capacity as the
source of the equitable value securing the instant federal matter; as
well as in my capacity as the "Paramount Equitable Entitlement and
Perfected Security Interest Holder-In-Due-Course/Owner" operating in
Trust through the Secured Party of Record; am being unlawfully
detained and wrongfully imprisoned in relation to this matter.
However; I accept my responsibility for not being informed enough to
bring closure to this matter much sooner and seek forgiveness from The
Source of Omnipotence, Omniscience, and Omnipresence for my mistakes
regarding this matter and others relative hereto. It is my wish to
have these presentments accepted and acknowledged by those addressed
in a way that protects my Constitutionally secured private interests
as well as the interests represented by the several State and National
Governments as such relate to National Security and Public Order.
Simply put; I owe no duty to the foreign several State and National
Governments outside of that which has been recently established as
Trust relations which the following presentments
establish...technically speaking.

In conclusion; the following presentments are being offered for the
full settlement and closure of the instant matter to the complete and
total satisfaction of all interested parties prior to my possibly
being forced to make a special appearance in an administrative
tribunal with the hopes that this matter can possibly be settled
outside of such a venue and whereas my private property being utilized
for public usage wihout due process of law and just compensation can
be restored immediately.

Many thanks in advance for your immediate attention to this matter.

DAVID ALLEN JR TRUST By: David Allen Junior, Grantor. Without Prejudice

EXHIBIT - 9

| | |
|---|---|
| **From:** | David Allen |
| **To:** | Andrews, Amy (USMS) |
| **Subject:** | [EXTERNAL] David Allen |
| **Date:** | Friday, July 7, 2023 1:25:43 PM |
| **Attachments:** | PS Form 3800, April 2015 PSN 7530-02-000-9047 2.pdf |

*MISCELLANEOUS EXHIBIT # 9.1*

COVER LETTER # DA/07181997/HCL

**COVER LETTER**



David Allen, Jr.
In care of: 1317 Edgewater Drive; Suite 1125
Orlando, Florida [32804]

Janet Yellen, acting as Secretary of the Treasury, her Agents, Successors, and assigns, hereinafter
referred to as the Respondent acting as Securities Intermediary.
1500 Pennsylvania Avenue, NW
Washington, DC 20220

Dear Janet Yellen,

The enclosed, indorsed, CERTIFICATE OF LIVE BIRTH, representing the name of my public Estate
and the Beneficial Owner, "David ALLEN, Jr.; FILE NO. 116 79 31119" is the Debtor Trust. The
certificate evidences, not my identity, but my interest in the Private Trust Security, hereby
deposited with the Secretary of the Treasury, Custodian, "The Public Trust". The said public Estate,
represented by the said CERTIFICATE OF LIVE BIRTH, being the surety for "DAVID ALLEN JR;
SOCIAL SECURITY NO. 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", "the Beneficiary Trust"; and this communication, in part,
regards an uneven exchange; i.e. no return of Equity/Value to the Principal, "David: Allen, Junior".

This is to correct the Master Record/ File and my status nunc pro tunc and ab initio, as of
07/18/1997. I am doing now what could have been done then, had full disclosure of material facts
been provided.

I, son, heir, beneficiary, the Principal, was granted irrevocable Power of Attorney over the said
Trust Security by the Grantor of it, being the only party to put in value, being the only contributing
Beneficiary, and the only party with reasonably implied or Written Delegated Authority to
administer the said Estate. This Special Trust Deposit shall be deemed as evidence that I did not
abandon the Estate or the Security, nor have I, or the Grantor, granted any authority, to any other
party to assume the role of Administrator of the said Estate. The said Security has been secured as
collateral by proxy.

Please sign and execute the enclosed Form 56 "Notice Concerning Fiduciary Relationship" as your
appointment as Securities Intermediary/Custodian for Estate matters for the
Beneficiary/Entitlement Holder, and send a copy in the self-addressed envelope back to the
Beneficiary/Entitlement Holder.

Kind Regards,

By: _David Allen_
David: Allen Junior

State of
County of
This record was acknowledged before me on _October 04, 2021_ (date)
by _David Allen Sr_ (name(s) of individual(s)).
Signature of notarial officer _Michelle Ivey-Renee Johnson_
Title of office: _Notary Public_

Stamp

My commission expires: _02-29-2024_

Michelle Ivey-Renee Johnson
Commonwealth of Virginia
Notary Public
Commission No. 7679532
My Commission Expires 2/29/2024

COVER LETTER # DA/07181997/HCL

MISCELLANEOUS
EXHIBIT #9.2



# Registrar of Vital Statistics
## Certified Copy

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND

5326059

Accepted for Value
Returned for Value
Exempt from Levy
Be It Known same to David ALLEN, Jr.
I Reclaim, and Reserve
July 18, 1979
Elizabethtown, Kentucky
In Dist to Secretary of the Treasury
Authorized Representative

79 31119

FORM VS NO. 2
REV. 9/77

**COMMONWEALTH OF KENTUCKY**
DEPARTMENT FOR HUMAN RESOURCES
REGISTRAR OF VITAL STATISTICS
CERTIFICATE OF LIVE BIRTH

FILE NO. 116
REGISTRAR'S NO. 2204

Registration District No. 620    Primary Registration District No. 3230

| | | | | | |
|---|---|---|---|---|---|
| **CHILD—NAME** FIRST | David | LAST | ALLEN, Jr. | DATE OF BIRTH (MONTH, DAY, YEAR) 2a. July 18, 1979 | HOUR 2d. 1:00a M. |
| SEX 3. Male | THIS BIRTH—SINGLE, TWIN, TRIPLET, ETC. 4a. Single | IF NOT SINGLE BIRTH—BORN FIRST, SECOND, THIRD, ETC. (SPECIFY) 4b. | | COUNTY OF BIRTH 5a. Hardin | |
| CITY, TOWN, OR LOCATION OF BIRTH 5a. Elizabethtown | INSIDE CITY LIMITS (SPECIFY YES OR NO) 5c. Yes | HOSPITAL—NAME (IF NOT IN HOSPITAL, GIVE STREET AND NUMBER) 5d. Hardin Memorial Hospital 03 | | | |
| **MOTHER—MAIDEN NAME** FIRST Phyllis | MIDDLE Ann | LAST Gordon | AGE (AT TIME OF THIS BIRTH) 6b. 38 | STATE OF BIRTH (IF NOT IN U.S.A. NAME COUNTRY) 6c. Kentucky | SOCIAL SECURITY NUMBER 6d. 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 |
| RESIDENCE—STATE 7a. Kentucky | COUNTY 7b. Hardin | CITY, TOWN OR LOCATION (ZIP CODE) 7c. Elizabethtown | INSIDE CITY LIMITS (SPECIFY YES OR NO) 7d. Yes | STREET AND NUMBER 7e. 1506 Apt A East Circle Dr. | |
| **FATHER—NAME** FIRST 8a. David | MIDDLE Lynn | LAST Allen | AGE (AT TIME OF THIS BIRTH) 8b. 24 | STATE OF BIRTH (IF NOT IN U.S.A. NAME COUNTRY) 8c. Kentucky | SOCIAL SECURITY NUMBER 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 8d. |
| **INFORMANT** 9a. Phyllis A. Allen | | | | RELATION TO CHILD 9b. Mother | |
| I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE. SIGNATURE 10a. L.Y. Moreman, II | | | DATE SIGNED (MONTH, DAY, YEAR) 10b. 7-21-79 | ATTENDANT—M.D., D.O., MIDWIFE, OTHER (SPECIFY) 10c. M.D. | |
| CERTIFIER—NAME (TYPE OR PRINT) 10d. Lucian Y. Moreman, II, M.D. | | MAILING ADDRESS (STREET OR R.F.D. NO., CITY OR TOWN, STATE, ZIP) 10e. Elizabethtown, Kentucky | | | |
| REGISTRAR—SIGNATURE 11a. Winifred Royalty | | | DATE RECEIVED BY LOCAL REGISTRAR 11b. Aug. 21, 1979 | | |

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

I, Paul F. Royce, Registrar of Vital Statistics, hereby certify this to be a true and correct copy of the certificate of birth, death, marriage or divorce of the person therein named, and that the original certificate is registered under the file number shown. In testimony thereof I have hereunto subscribed my name and caused the official seal of the Office of Vital Statistics to be affixed at Frankfort, Kentucky, this ___11th___ day of ___July___, 20 __18__

Paul F. Royce
State Registrar

MISCELLANEOUS
EXHIBIT #9.3

## Cancellation and/or Revocation of All Prior Powers of Attorney

All prior Powers of Attorney granted either knowingly or unintentionally by David ALLEN, Jr., David Allen Junior, David Allen, Jr., or DAVID ALLEN JUNIOR (or any and all variations in the spelling and punctuation of said name and derivatives therefrom  with the exception of Allen: David, Junior© are hereby removed, canceled, and permanently revoked; effective July 18, 1997, ab initio.

Allen: David, Junior© is Attorney-in-Fact for all purposes related to the administration of the David ALLEN, Jr. estate and all correspondence should be addressed to: DAVID ALLEN, JR ESTATE; c/o 1317 Edgewater Drive #1125; Orlando, Florida; [32804].

By: _____ ©

Allen: David: Junior©

Attorney-in-Fact, Authorized Representative, All Rights Reserved.

On this ___ day of _____ 2021.

Notary Public Witness

Virginia State                                    )

_____ County                           )

I _____, a Notary Public, was visited today by the living man known to me to be Allen: David; Junior and he did affirm and sign this Cancellation and/or Revocation of All Prior Powers of Attorney in my presence for the purposes stated.

By: _____ Notary Public;

My Commission expires on: _____

Commonwealth Of Virginia
Michelle Ivey-Renee Johnson - Notary Public
Commission No. 7679532
My Commission Expires 2/29/2024



FEDERAL CORRECTIONAL INSTITUTION — HAZELTON

DAVID

P.O. B

BRUCETON MILLS, WV 26525

!  TRUST DEPOSIT  !
*
*
LEGAL MAIL *
TTEE.



**RECEIVED**
**U.S. MARSHALS**

CLERK'S OFFICE
U.S. COURT OF APPEALS
FOR THE FOURTH CIRCUIT
IN CARE OF: Nwamaka Anowi, Clerk of Court
1100 E. MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219